G6KQZARc

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
     UNITED STATES OF AMERICA
3
                v.                        15 CR 867 (RMB)
4
     REZA ZARRAB
5
                     Defendant
6    ------------------------------x

7                                        New York, N.Y.
                                         June 20, 2016
8                                        9:00 a.m.

9
     Before:
10
                    HON. RICHARD M. BERMAN
11                                       District Judge

12
                         APPEARANCES
13
     PREET BHARARA
14        United States Attorney for the
          Southern District of New York
15   SID KAMARAJU
     MICHAEL D. LOCKARD
16        Assistant United States Attorney

17   BRAFMAN & ASSOCIATES PC
          Attorneys for Defendant Zarrab
18   BENJAMIN BRAFMAN
     MARC AGNIFILO
19   JOSHUA KIRSCHNER

20   -Also Present-
     S.A. JENNIFER McREYNOLDS, FBI
21   S.A. SCOTT GEISSLER, FBI
     GEORGE ESAYAN, Interpreter (Turkish)
22

23

24

25
```

G6KQZARc

```
 1              (In open court; case called)
 2              THE COURT:  This is our adjourned conference.  It was
 3    originally scheduled for June 16.  One of the principal topics
 4    was to be, and maybe still will be, scheduling the remainder of
 5    these proceedings.  In the intervening period, as you are all
 6    aware, I had issued an order last week denying the application
 7    for bail.  In doing that, I recognize that there may create
 8    more urgency to move the case along, and I just want you to
 9    know I am ready, willing and able to do that.  Whenever you
10    want to have and are ready for a trial, so will I be.
11              I note for the record that we have a Turkish language
12    interpreter.
13              That is really it from me.  I'm happy to hear from
14    Mr. Brafman.
15              MR. BRAFMAN:  Good morning, your Honor.
16              THE COURT:  Good morning.
17              MR. BRAFMAN:  Your Honor, most respectfully, we have
18    reviewed the Court's decision on bail, and we are considering
19    at this time filing a notice of appeal.  We have not yet done
20    so, and obviously if and when we do so, we will notify the
21    Court as a courtesy and also the government.
22              THE COURT:  OK.
23              MR. BRAFMAN:  We have had an opportunity to confer
24    with the government, and subject to your Honor's approval, we
25    agree, sir, that in view of the defendant's current remand
```

G6KQZARc

1     status that we should try our best to expedite the proceedings,

2     and, accordingly, we have suggested to the government that we

3     will file motions to dismiss the indictment by July 15.  They

4     have asked for August 5 to respond.

5               THE COURT:  July 15.

6               MR. BRAFMAN:  15.

7               THE COURT:  Is your motion?

8               MR. BRAFMAN:  Correct.

9               THE COURT:  And their response is when?

10              MR. BRAFMAN:  August 5.  We would ask for August 19

11    for reply if we deem a reply is appropriate.  Then if your

12    Honor would consider hearing argument on the motions, we would

13    then ask for a September date consistent with the Court's own

14    schedule.

15              THE COURT:  Sure.  Let me just go over that with you

16    again.

17              July 15 is the motion.  August 5 is the opposition.

18    Was it August 19 for reply?

19              MR. BRAFMAN:  Yes, sir.

20              THE COURT:  Let me give you a date now.  Is it all

21    right then to have an oral argument in early September?  Are

22    you saying that?

23              MR. BRAFMAN:  Yes, sir.

24              THE COURT:  For both sides?

25              MR. KAMARAJU:  That's fine for the government, your

G6KQZARc

1    Honor.

2              THE COURT:  Mr. Brafman, how soon would you like it

3    after Labor Day?  I could do it very soon or I don't know if

4    you have plans.

5              MR. BRAFMAN:  The week of September 5, your Honor, if

6    that's acceptable to the government.

7              THE COURT:  I can do that.

8              MR. KAMARAJU:  That's fine with us, your Honor.

9              THE COURT:  How about on September 6 at 11:00 a.m.?

10   Does that work for everybody?

11             MR. KAMARAJU:  That's fine for the government, your

12   Honor.

13             MR. BRAFMAN:  Your Honor, if I may.

14             THE COURT:  Yes.

15             MR. BRAFMAN:  With respect to a trial date, I want to

16   ask the Court for a date, but I just want your Honor to

17   understand, sir, the following issues that we are presently

18   trying to figure out.

19             Discovery in this case is voluminous.  It involves, by

20   our expert's count, hundreds of thousands of wire transfers and

21   hundreds of thousands of emails, many of them not in the

22   English language.  Logistically, at present, MCC does not have

23   a computer that is capable of dealing with the discovery in the

24   format that it's been provided to us, but we are trying to

25   resolve that, and we are talking to the government as well.

G6KQZARc

| | |
|---|---|
| 1 | They have offered to assist us if necessary if we can't resolve |
| 2 | it on our own; and if we run into real problems, we will come |
| 3 | back to the Court to seek your Honor's guidance. |
| 4 | We are asking for a trial date in February of 2017, |
| 5 | but I would ask the Court for the following flexibility. |
| 6 | Depending on our ability to access the discovery material and |
| 7 | be able to review it with our client in this remand status, we |
| 8 | would like to be able to confirm that as a workable trial date |
| 9 | when we come back in September. |
| 10 | THE COURT:  So why don't I give you one, set something |
| 11 | aside so we have the space blocked out, understanding that it |
| 12 | is subject to adjustment depending on how long it takes to |
| 13 | complete review of discovery.  Is that fair? |
| 14 | MR. BRAFMAN:  Yes, sir. |
| 15 | THE COURT:  How long do you all anticipate a trial |
| 16 | likely would be? |
| 17 | MR. KAMARAJU:  Obviously, your Honor, it's subject to |
| 18 | stipulations and whatever defense case there is, but |
| 19 | conservatively we'd estimate about three weeks. |
| 20 | MR. BRAFMAN:  I think to be safe, the Court should set |
| 21 | aside a month. |
| 22 | THE COURT:  It would be best to make sure we set aside |
| 23 | enough time.  Could you tentatively go along with starting |
| 24 | January 23? |
| 25 | MR. BRAFMAN:  Yes, your Honor. |

G6KQZARc

1          THE COURT:  So let's set the trial date for

2     January 23.  Then I know I have plenty of time.

3          Anything from the government?

4          MR. KAMARAJU:  Yes, your Honor.  Just in light of the

5     anticipated motions and to allow time for the defendant to

6     review the discovery, we'd ask to exclude time until

7     January 23, the date of trial.

8          MR. BRAFMAN:  That's on our application, your Honor,

9     so we have no problem with that.

10         THE COURT:  I will also find under 18 United States

11    Code, Section 3161 that the request for adjournment joined in

12    by both sides to and including January 23, 2017 is appropriate

13    and warrants exclusion of the adjourned time from speedy trial

14    calculations.

15         I further find that the exclusion is designed to

16    prevent any possible miscarriage of justice, to facilitate

17    these proceedings including motion practice and preparation for

18    trial if there will need to be one, and to guarantee effective

19    representation of and preparation by counsel for both sides.

20    Thus, the need for exclusion and the ends of justice outweigh

21    the interest of the public and the defendant in a speedy trial

22    pursuant to 18 U.S.C., Section 3161(h)(7)(A) and (B).

23         That is my agenda.  Do you have anything else the

24    government?

25         MR. KAMARAJU:  Nothing further from the government,

G6KQZARc

1    your Honor.

2            THE COURT:  Mr. Brafman, anything further?

3            MR. BRAFMAN:  No, sir.

4            THE COURT:  Great to see you all.  Thanks very much.

5    Wait a minute.  Hold on a second.

6            (Pause)

7            THE COURT:  So when we get together in September, we

8    will see where things stand, as it were, and ask you to block

9    out just for scheduling any pretrial conference or motions

10   related to trial, etc., etc.

11           MR. BRAFMAN:  Yes, sir.

12           THE COURT:  We could talk about that, I think, in

13   September.

14           MR. BRAFMAN:  Yes, sir.

15           THE COURT:  Great.  Nice to see you.

16           (Adjourned)

17

18

19

20

21

22

23

24

25