UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,                         15 Cr 867 (RMB)

            -against-                              **ORDER**

REZA ZARRAB,
                          Defendant(s).
-----------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

        Following today's conference, the schedule is being changed at the defense request as follows:

        Curcio hearing will be held on Wednesday, November 30, 2016 at 10:00 am.

        Suppression/Franks hearing will be held on Monday, December 5, 2016 at 9:30 am.

Dated: New York, New York
           November 23, 2016

                                                      *RMB*
                                          Hon. Richard M. Berman, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/16
```