# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 27, 2017

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE: **UNITED STATES V. REZA ZARRAB, *ET AL.*,**
S3 15 Cr. 867 (RMB)

Dear Judge Berman:

We represent defendant Reza Zarrab in the above-captioned matter, and we write in response to questions posed by the Court at the April 24, 2017 conference concerning conflict issues posed by Greenberg Traurig LLP ("Greenberg")'s and Debevoise & Plimpton LLP ("Debevoise")'s simultaneous representation of financial institutions involved in the alleged conduct and Greenberg's role as a registered foreign agent of Turkey.

With respect to Greenberg's Foreign Agents Registration Act ("FARA") representation of Turkey, we have attached as exhibits all of the supplemental biannual filing statements filed by Greenberg from the date of the original filing in 2014 to the most recently filed report.[1]

Other than the financial institutions enumerated in the affidavits attached to our April 14, 2017 submission to the Court, there are no clients that either Greenberg or Debevoise represent that would create a potential conflict for these firms due to their respective representation of Mr. Zarrab.

---

[1] Please note each statement includes all of the FARA work for the law firm and all of its clients. As such we have redacted the nonresponsive material relating to Greenberg's other FARA clients, while maintaining all information relevant to their representation of Turkey.

BRAFMAN & ASSOCIATES, P.C.

    Finally, neither Greenberg nor Debevoise represent Mr. Zarrab's co-defendant, Mehmet Hakan Atilla. Accordingly, we do not believe that these firms' representation of Mr. Zarrab affect Mr. Attilla.

    Should the Court have any further questions, we stand ready to assist.

Respectfully,

Benjamin Brafman