**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2017

**BY ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

>   Re:   <u>United States</u> v. <u>Reza Zarrab</u>,
>         **S3 15 Cr. 867 (RMB)**

Dear Judge Berman:

      Pursuant to the Court's April 24, 2017 Order, enclosed please find defendant Reza Zarrab and the Government's joint proposed *Curcio* questions, which are being submitted in connection with the hearing scheduled for May 2, 2017.

>                                     Respectfully submitted,
>
>                                     JOON H. KIM
>                                     Acting United States Attorney for the
>                                     Southern District of New York
>
>                              By:    _____/s/_____
>                                     Michael D. Lockard
>                                     Sidhardha Kamaraju
>                                     David W. Denton, Jr.
>                                       Assistant United States Attorneys
>                                     Dean C. Sovolos
>                                       Special Assistant United States Attorney
>                                     (212) 637-2193/6523/2744/2213

cc:   All Counsel (by ECF)