```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                     Government,       :       15 Cr 867 (RMB)
                    - against -                 :       **ORDER**
REZA ZARRAB et al.,                   :
                                  Defendant(s).     :
------------------------------------------------------------x

        The Court would like defense counsel to submit to the Court by May 5, 2017 at 12:00 noon a list of the matters on which Messrs. Mukasey and Giuliani have represented (personally or by their firms) the United States of America and/or any of its agencies (paid or pro bono). See Transcript of proceedings held on May 2, 2017 at 7.

Dated: New York, New York
         May 3, 2017

                                                       _/s/ RMB_____
                                                       RICHARD M. BERMAN
                                                       U.S.D.J.