# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

May 5, 2017

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**RE: UNITED STATES V. REZA ZARRAB, *ET AL.*,**
**S3 15 Cr. 867 (RMB)**

Dear Judge Berman:

I am authorized by the defendant REZA ZARRAB, to inform the Court that he will not be proceeding with the Suppression Hearing that your Honor granted that is now scheduled for May 18, 2017.

As a courtesy to your Honor and the Government, I wanted to advise you of this decision now, so that the Court may schedule other matters for that date and so that the Government witnesses are not inconvenienced.

Respectfully,

Benjamin Brafman

cc: All counsel of record (by ECF)