**MEMO ENDORSED** p.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Government,

                       -v-                  §3 15 Cr. 867(RMB)

REZA ZARRAB, et al.,

                       Defendants.
-----------------------------------------------------------x

## AFFIDAVIT OF RUDOLPH W. GIULIANI

STATE OF NEW YORK   )
                                ) ss:
COUNTY OF NEW YORK )

Rudolph W. Giuliani, being duly sworn, says:

1. I am a lawyer admitted to practice in the courts of the State of New York and several federal courts, including the U.S. District Court for the Southern District of New York, and am a shareholder in the New York office of Greenberg Traurig, LLP.

2. I make this affidavit in response to the Court's Order entered May 3, 2017, directing defense counsel for Reza Zarrab in the captioned case, to provide, as to me, a list of matters on which I have represented, personally or through my firm, "the United States of America and /or any of its agencies (paid or pro bono)." I have not represented, or been involved in any representation of the United States or any of its agencies since I joined Greenberg Traurig, LLP. A computer review of firm records by counsel's office did not reveal any current or recent matter in which the firm represented the United States. With approximately 2,000 lawyers world-wide, the firm could not review every conceivable agency of the government in the time allotted, however, as stated there are no matters in which the United State government

is listed as a client, and I certainly have not engaged in any such representation at the firm. If the Court requires we will endeavor to engage in a further search.

_____
Rudolph W. Giuliani

Sworn to before me
this 4th day of May, 2017:

_____
Notary Public

> Patricia A. Smyth
> Notary Public, State of New York
> No. 01SM4884528
> Qualified in Bronx County
> Certificate Filed in New York County
> Commission Expires June 4, 2019

---

Clerk to docket + file.

SO ORDERED:
Date: 5/11/17    Richard M. Berman
Richard M. Berman, U.S.D.J.