MEMO ENDORSED p.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,          :
                                   :
                    Government,    :
                                   :
         -v-                       :   S3 15 Cr. 867 (RMB)
                                   :
REZA ZARRAB, et al.,               :
                                   :
                    Defendants.    :
-------------------------------------------------------------- x

## AFFIDAVIT OF MICHAEL B. MUKASEY

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Michael B. Mukasey, being duly sworn, says:

1. I am a lawyer admitted to practice in the courts of the State of New York and several federal courts, including the U.S. District Court for the Southern District of New York, and am of counsel to Debevoise & Plimpton ("Debevoise") in that firm's New York office.

2. I make this affidavit in response to the Court's Order entered May 3, 2017, directing defense counsel for Reza Zarrab in the captioned case, to provide, as to me, a list of the matters on which I have represented, personally or through my firm, "the United States of America and/or any of its agencies (paid or pro bono)." In the past, the firm has represented the Fed in certain litigation, and – through a partner who has since

retired and who acted as a monitor in a housing discrimination case – the District Court for this District. Currently, the firm represents the U.S. Department of Energy in certain litigation. I have not participated in any of these matters.

*Michael B. Mukasey*

Sworn to before me this 3rd day
of May, 2017

*Susan Bange Avram*
Notary Public

SUSAN BANGE AVRAM
NOTARY PUBLIC, State of New York
No. 30-4700514
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 31, 2017

---

Clerk to docket + file.

SO ORDERED:
Date: 5/11/17

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

2