UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

## ORDER

-against-

15 Cr. 867 (RMB)

MEHMET HAKAN ATILLA,

Defendant.
------------------------------------------------------------X

Counsel for Mr. Atilla is respectfully requested to revise the July 20, 2017 bail application (and resubmit as soon as possible) to include:

1- the specific terms of the bail package which, according to Counsel's letter, has been rejected by the Government and the specific terms of the current (proposed) bail package, if different;

2- analysis of specific cases and other legal authorities which Counsel contends directly support the bail application;

3- efforts which Counsel has undertaken with the BOP to facilitate access to Mr. Atilla and the results of such efforts;

4- additional details of ownership of Halkbank, including any American and any Turkish shareholders. (See p. 4 of Mr. Rocco's letter.)

Going forward, it would be helpful if all counsel would incorporate any information they feel is important and germane into the body of the submissions, rather than in footnotes.

Once the revised application is received, the Court will direct the Government to respond in writing.

Dated: New York, New York
July 24, 2017

RMB
_____
RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/17