AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CR-00867-RMB |
| MEHMET HAKAN ATILLA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mehmet Hakan Atilla

Date: 10/27/2017

*Attorney's signature*

Jonathan Stern  JS1985
*Printed name and bar number*

Fleming Ruvoldt PLLC
1700 Broadway, 28th floor
New York, NY 10019

*Address*

jstern@flemingruvoldt.com
*E-mail address*

(201) 518-7883
*Telephone number*

(201) 518-7879
*FAX number*