UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
               v.                          S4 15 Cr. 867 (RMB)
:
REZA ZARRAB, et al.,
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANT
## MEHMET HAKAN ATILLA'S MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law, the Declaration of Cathy Fleming, and the Declaration of David M. Rosenfield, the undersigned will move this Court, before the Honorable Richard M. Berman, in Room 17B of the United States District Court, 500 Pearl Street, New York, New York 10007, for an order granting the following motions *in limine* of Defendant Mehmet Hakan Atilla:

(a)     To preclude the recordings (and fruits) from the Turkish investigation;

(b)     To preclude the government's proposed expert testimony;

(c)     To preclude the use as evidence at trial of the letter referenced in ¶ 24a of Indictment S4, and the drafts of a similar letter referenced in ¶ 24b; and

(d)     To reserve the right to file additional motions in limine following receipt of the government's evidence.

PLEASE TAKE FURTHER NOTICE, that, upon prior order of the Court, answering papers, if any, shall be served on or before November 6, 2017.

Dated: New York, New York
       October 30, 2017

| HERRICK, FEINSTEIN LLP | FLEMING RUVOLDT PLLC |
|---|---|
| By:  s/Victor J. Rocco<br>    Victor J. Rocco<br>    Thomas E. Thornhill<br>    David M. Rosenfield<br>    Two Park Avenue<br>    New York, New York  10016<br>    (212) 592-1400<br>    (212) 592-1500 (fax) | By:  s/Cathy Fleming<br>    Cathy Fleming<br>    Robert Fettweis, *pro hac vice*<br>    1700 Broadway, 28th Floor<br>    New York, New York  10019<br>    (212) 706-1850<br>    (212) 706-1855 (fax) |

*Attorneys for Defendant Mehmet Hakan Atilla*