# EXHIBIT A

# Cathy Fleming

| | |
|---|---|
| **From:** | Denton, David (USANYS) <David.Denton@usdoj.gov> |
| **Sent:** | Thursday, October 12, 2017 9:22 AM |
| **To:** | Rocco, Victor; Cathy Fleming; Thornhill, Thomas |
| **Cc:** | Lockard, Michael (USANYS); Kamaraju, Sidhardha (USANYS); Sovolos, Dean (USANYS); Benjamin Brafman; Marc Agnifilo; Joshua Kirshner |
| **Subject:** | U.S. v. Mehmet Hakan Atilla, S4 15 Cr. 867 (RMB) |
| **Attachments:** | 2017.10.12.ltr response to Atilla bill of particulars request.pdf |

Counsel,

Attached please find a letter from the Government in response to your request for a bill of particulars in this case.

In addition, you asked for more information about the audio recordings that the Government has produced to you in discovery. We've circled up, and what we can tell you, subject to the terms of the Protective Order entered in this case, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At trial, the Government expects to authenticate and introduce the digital recordings through the live testimony of witnesses with knowledge, in the usual course for admitting recordings. If you still want to have a call to discuss, we're happy to set that up, but we are not prepared to disclose more information than this at this time.

Thanks,


David W. Denton, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of New York
(212) 637-2744

1