UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :
                                      :
           v.                         :   S4 15 Cr. 867 (RMB)
                                      :
REZA ZARRAB, et al.,                  :   **DECLARATION OF DAVID M.**
                                      :   **ROSENFIELD IN SUPPORT OF**
           Defendants.                :   **DEFENDANT MEHMET**
                                      :   **HAKAN ATILLA'S MOTIONS**
------------------------------------- x   ***IN LIMINE***

STATE OF NEW YORK   )
                    )   ss:
COUNTY OF NEW YORK  )

I, DAVID M. ROSENFIELD, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am of counsel at the law firm of Herrick, Feinstein LLP, and am one of the attorneys representing Defendant Mehmet Hakan Atilla ("Mr. Atilla") in this action. I am in good standing in the U.S. District Court for the Southern District of New York.

2. I respectfully submit this Declaration in support of Mr. Atilla's Motions *in Limine*. I submit this Declaration based upon my personal knowledge, information and belief.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated August 16, 2017 from the Government to defense counsel in this case setting forth the Government's expert witnesses disclosure.

4. Attached hereto as Exhibit B is a true and correct page printed from the website of the U.S. Department of State, which page is entitled "U.S. Department of State, Diplomacy in Action - Joint Comprehensive Plan of Action" found at www.state.gov/e/eb/tfs/spi/iran/jcpoa/ (last accessed October 26, 2017).

5. I declare under penalty of perjury that the foregoing is true and correct.

HF 11754358v.1 #18840/0001

Dated: New York, New York
       October 30, 2017

                                             _____
                                             DAVID M. ROSENFIELD

2