# EXHIBIT B

# U.S. Department of State
Diplomacy in Action

## Joint Comprehensive Plan of Action

On July 14, 2015, the P5+1 (China, France, Germany, Russia, the United Kingdom, and the United States), the European Union (EU), and Iran reached a Joint Comprehensive Plan of Action (JCPOA) to ensure that Iran's nuclear program will be exclusively peaceful. October 18, 2015 marked Adoption Day of the JCPOA, the date on which the JCPOA came into effect and participants began taking steps necessary to implement their JCPOA commitments. January 16, 2016, marks Implementation Day of the JCPOA. The International Atomic Energy Agency (IAEA) has verified that Iran has implemented its key nuclear-related measures described in the JCPOA, and the Secretary State has confirmed the IAEA's verification. As a result of Iran verifiably meeting its nuclear commitments, the United States and the EU have lifted nuclear-related sanctions on Iran, as described in the JCPOA.

-01/16/16 Secretary of State's Confirmation of IAEA Verification (http://www.state.gov/e/eb/rls/othr/2016/251284.htm)

-10/18/15 JCPOA Contingent Waivers (http://www.state.gov/e/eb/rls/othr/2015/248320.htm)

- OFAC Iran Sanctions FAQs (http://www.treasury.gov/resource-center/faqs/Sanctions/Pages/faq_iran.aspx)

Full Text of the Joint Comprehensive Plan of Action:

-07/14/15 Iran Joint Comprehensive Plan of Action (JCPOA) (http://www.state.gov/documents/organization/245317.pdf)

-07/14/15 JCPOA Annex 1 - Nuclear Related Commitments (http://www.state.gov/documents/organization/245318.pdf)

-07/14/15 JCPOA Annex 2 - Sanctions Related Commitments (http://www.state.gov/documents/organization/245320.pdf)

-07/14/15 JCPOA Annex 2 - Attachments (http://www.state.gov/documents/organization/245319.pdf)

-07/14/15 JCPOA Annex 3 - Civil Nuclear Cooperation (http://www.state.gov/documents/organization/245322.pdf)

-07/14/15 JCPOA Annex 4 - Joint Commission (http://www.state.gov/documents/organization/245323.pdf)

-07/14/15 JCPOA Annex 5 - Implementation Plan (http://www.state.gov/documents/organization/245324.pdf)

The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.
External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.
Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).