| HOME | ATTORNEYS | PRACTICE AREAS | USEFUL LINKS | CONTACT |

International Trade Law News Blog





# David J. Brummond
## Of Counsel

T: 571.354.0736

dbrummond@jacobsonburton.com

David J. Brummond joined the international trade law and sanctions practice of Jacobson, Burton, Kelley PLLC after serving three years as Of Counsel to DLA Piper LLP (US) and eight years as Senior Sanctions Advisor – Insurance in the Office of Foreign Assets Control (OFAC) of the US Treasury Department.

He has specialized in analyzing and advising on U.S. sanctions as applied to the insurance sector, both as attorney for insurance clients at DLA Piper and as an OFAC Senior Sanctions Advisor assisting in the development and implementation of sanctions compliance policy for the insurance industry. While at OFAC he also contributed insurance subject matter expertise to the Treasury Department Office of Undersecretary for Terrorism and Financial Intelligence, assisted in the drafting of OFAC licenses for insurance transactions and developed recommendations for appropriate OFAC enforcement responses to sanctions violations within the insurance sector.

Previously, he served as Legal Counsel to the Terrorism Risk Insurance Program at the Treasury Department.  Before coming to Treasury in 2003, he served as General Counsel to the National Fraternal Congress of America, the trade association representing fraternal benefit societies; was Assistant Vice President and Assistant General Counsel for the National Association of Independent Insurers (NAII), a trade association of property/casualty insurers; and served in various capacities on the staff of the National Association of Insurance Commissioners, including the positions of General Counsel and Acting Staff Director.

Dave received his BA from Marquette University and his JD from the

David J. Brummond

University of Iowa. He is a member of the District of Columbia and Illinois bars.

 **Locations**
1725 I Street, NW
Suite 300
Washington, DC 20006
USA

43 West 43rd Street
Suite 27
New York, NY 10036
USA

 **Call**
DC Office
T: 202.580.8911

NY Office
T: 212.658.0601

 **Email**
info@jacobsonburton.com

 2017 Jacobson Burton Kelley PLLC

Terms and Conditions

Attorney Advertising: Prior results do not guarantee a similar outcome.