# CURRICULUM VITAE

# Öner Özçelik

**Assistant Professor (tenure-track), Central Eurasian Studies (CEUS), Indiana University**
**Adjunct Assistant Professor, Second Language Studies (SLS), Indiana University**
**Director, Center for Languages of the Central Asian Region (CeLCAR), U.S. Department of Education / Indiana University**

oozcelik@indiana.edu

## CONTACT

Office:
1. Indiana University (faculty office)
GISB 3019
Phone: 812-855-4867

2. Indiana University (CeLCAR)
Eigenmann Hall 702
Phone: 812-856-1159

## RESEARCH FOCUS

second language acquisition (with an emphasis on acquisition of phonology in Turkish and Turkic)
phonology (with an emphasis on prosody and autosegmental phonology, in particular stress & harmony)
Turkic and Altaic linguistics
phonology-morphology interface
prosody-syntax interface
acquisition at the syntax-semantics interface

## EDUCATION

2006-2012    PhD in Linguistics, McGill University, Montréal, Québec, Canada.
Thesis supervisors: Heather Goad and Lydia White
Thesis title: Özçelik (2011/2012) Representation and acquisition of stress: The case of Turkish

PhD program option in Language Acquisition, McGill University, Montreal, Quebec, Canada. (Interdisciplinary program available to students in Psychology, Communication Sciences and Disorders, Linguistics and Second Language Education).

2004 - 2006    MA in Linguistics, with specialization in Applied Linguistics, University of Pittsburgh, Pittsburgh, PA, USA.
Thesis supervisor: Alan Juffs
Thesis title: Özçelik (2006) Processing relative clauses in Turkish as a second language

Graduate Certificate in TESOL, Department of Linguistics, Pittsburgh, PA, USA.

1

2000 - 2004    BA, Department of Foreign Language Education, Boğaziçi University, Istanbul, Turkey.

# PROFESSIONAL EXPERIENCE

2012 - present   Assistant Professor, Department of Central Eurasian Studies (CEUS), Indiana University, Bloomington, Indiana

2012 - present   Adjunct Assistant Professor, Department of Second Language Studies (SLS), Indiana University, Bloomington, Indiana

2012 - present   Director, Center for Languages of the Central Asian Region (CeLCAR), Indiana University - one of the 16 Title VI national Language Resource Centers (LRCs) in the US funded by the Department of Education. Indiana University (www.iub.edu/~celcar)

2012 - 2013    Chief Applied Linguist, Turkish Flagship Program, National Security Education Program (NSEP) of the U.S. Deparment of Defense, Indiana University.

2012 – Spring   Interim Director, Turkish Flagship Program, National Security Education Program (NSEP) of the U.S. Deparment of Defense,, Indiana University.

2011 - 2012    Acting Assistant Professor, Department of Central Eurasian Studies (CEUS), Indiana University, Bloomington, Indiana

2011 - 2012    Language Coordinator, Department of Central Eurasian Studies, Indiana University (for all departmental languages including: Dari, Estonian, Finnish, Hungarian, Kazakh, Mongolian, Pashto, Persian, Tibetan, Turkish, Uyghur, Uzbek).

# PUBLICATIONS

## I. RESEARCH PUBLICATIONS:
## JOURNAL ARTICLES (REFEREED):

### *Under preparation:*
Özçelik, Öner. *Under preparation.* L2 acquisition of word stress in an unusual phonological system with "Conflicting Directionality": implications from Khalkha Mongolian for variability and current UG-based theories of SLA.

Özçelik, Öner. *Under preparation.* Phonological transfer in third language acquisition: typological vs. structural similarity as the determinant of transfer in the L3 Turkish of Uzbek-English bilinguals.

2

***Under review/revision:***

Özçelik, Öner & Miho Nagai. (revise & resubmit). Constituent structure in sentence phonology: the case of Turkish. *Journal of Linguistics.*

***Published, in press or accepted:***

Özçelik, Öner. *In press.* Towards using extraprosodicity and phonological markedness in accounting for morphological errors in Specific Language Impairment. *Language, Interaction & Acquisition*, 38 pages.

Özçelik, Öner. 2017. Universal Grammar and second language phonology: Full Transfer / Prevalent Access in the L2 acquisition of Turkish "stress" by English and French speakers. *Language Acquisition*. (published online through OnlineFirst, 24 April 2017 / hard copy publication currently in press: Eprint: http://www.tandfonline.com/eprint/SGhy837K7xGVPNkxHhqq/full,). *Language Acquisition*, 36 pages.

Özçelik, Öner. 2017. Interface Hypothesis and the L2 acquisition of quantificational scope at the semantics-syntax-pragmatics interface. *Language Acquisition* (published online through OnlineFirst, 16 March 2017 / hard copy publication currently in press: Eprint: http://www.tandfonline.com/eprint/yxbJFHqNw37p8U7vCeZx/full). *Language Acquisition*, 11 ps.

Özçelik, Öner & Rex Sprouse. 2017. Emergent knowledge of a universal phonological principle in the L2 acquisition of vowel harmony in Turkish: a 'four'-fold poverty of the stimulus in L2 acquisition. *Second Language Research* 33. 179-206

Kupisch, Tanja, Alyona Belikova, Öner Özçelik, Ilse Stangen & Lydia White. 2017. Restrictions on definiteness in the grammars of German-Turkish heritage speakers. *Linguistic Approaches to Bilingualism* 7. 1-32.

Özçelik, Öner. 2017. The Foot is not an obligatory constituent of the Prosodic Hierarchy: "stress" in Turkish, French and child English. *The Linguistic Review* 34. 157-213.

Özçelik, Öner. 2016. The Prosodic Acquisition Path Hypothesis: Towards explaining variability in L2 acquisition of phonology. *Glossa* 1 (1): 28. 1–48, DOI: http://dx.doi.org/10.5334/gjgl.47

Özçelik, Öner. 2016. Against Isomorphism and the Maxim of Charity in child language acquisition: implications for the validity of the TVJT methodology. *Linguistics* 54. 305-337.

Özçelik, Öner. 2015. 'Stress' or 'Intonational prominence'? Word accent in Kazakh and Uyghur. *Turkic Languages* 19. 163-192.

Özçelik, Öner. 2014. An Antisymmetric analysis of Turkish relative clauses: implications from prosody. *Turkic Languages* 18. 247-270.

3

Özçelik, Öner. 2014. Prosodic faithfulness to foot edges: the case of Turkish stress. *Phonology* 31. 229-269.

White, Lydia, Alyona Belikova, Paul Hagstrom, Tanja Kupisch, Öner Özçelik. 2012. Restrictions on definiteness in second language acquisition: Affirmative and negative existentials in the L2 English of Turkish and Russian speakers. *Linguistic Approaches to Bilingualism* 2. 54-89.

## CHAPTERS IN VOLUMES (REFEREED):

Özçelik, Öner. *Under review*. Kazakh phonology. In Lars Johanson, Eva A. Csato Johanson, Laszlo Karoly & Astrid Menz (eds.) (Section editor for Kazakh: Henryk Jankowski). *Encyclopedia of Turkic Languages and Linguistics*. Brill. 6 pages.

Özçelik, Öner & Rex Sprouse. 2016. Decreasing dependence on orthography in phonological development: Evidence from vowel harmony in English-Turkish interlanguage. In Ayşe Gürel & Yasemin Bayyurt (eds.), *Second Language Acquisition of Turkish* (pp. 49-70). Amsterdam: John Benjamins.

Özçelik, Öner. 2016. Acquisition of L2 Turkish prosody: effects of purely phonological and phonosyntactic issues. In Ayşe Gürel & Yasemin Bayyurt (eds.), *Second Language Acquisition of Turkish* (pp. 19-48). Amsterdam: John Benjamins.

Özçelik, Öner 2016. Turkish language. In Richard C. Martin (ed.), *Encyclopedia of Islam and the Muslim World* (pp. 1197-1199). New York: Macmillan.

## PROCEEDINGS PAPERS (OF REFEREED CONFERENCES):

Özçelik, Öner & Rex Sprouse. 2016. Acquisition of Turkish vowel harmony in low-frequency and zero-frequency contexts: Evidence for Full Access in L2 phonology. In Jennifer Scott and Deb Waughtal (eds.), *Proceedings supplement of the Boston University Conference on Language Development 40 (BUCLD 40),* http://www.bu.edu/bucld/files/2016/09/OzcelikSprouse-BUCLD2015.pdf, 8 pages.

Özçelik, Öner. 2016. Acquiring the world's most difficult stress pattern: L2 Khalkha Mongolian and "Conflicting Directionality". In David Stringer et al. (eds.), In David Stringer et al. (eds.), *Proceedings of the 13th Generative Approaches to Second Language Acquisition Conference (GASLA 2015)* (pp. 161-176). Somerville, MA: Cascadilla Proceedings Project.

Özçelik, Öner & Rex Sprouse. 2015. L2 acquisition of Turkish vowel harmony and knowledge of the universal 'No Crossing Constraint'. In Elizabeth Grillo, Kyle Jepson, and Maria LaMendola (eds.), *Proceedings supplement of the Boston University Conference on Language Development 39 (BUCLD 39)*. http://www.bu.edu/bucld/files/2015/06/Ozcelik.pdf, 12 pages.

Nagai, Miho & Öner Özçelik. 2014. Nominal positions in Turkish. *Papers from the 47th Annual Meeting of the Chicago Linguistic Society (CLS 47)* (pp. 309-320). Chicago: Chicago Linguistic Society.

Özçelik, Öner. 2013. Selectivity in L3 transfer: effects of typological and linguistic similarity in the L3 Turkish of Uzbek-Russian bilinguals. *Generative Linguistics in the Old World 36 Spring Newsletter (GLOW 36 Spring Newsletter:* https://glowlinguistics.org/wp-content/uploads/2014/03/newsletterS13-complete.pdf, 2 pages).

Özçelik, Öner. 2013. Exceptions in stress assignment: Feet in input. In Seda Kan, Claire Moore-Cantwell & Robert Staubs (eds.), *Papers from the 40th Annual Meeting of the North East Linguistic Society (NELS 40)* (pp.107-120). Amherst, MA: GLSA.

Özçelik, Öner. 2012. Redefining the prosodic hierarchy. *Phonology in the 21st century: In honor of Glyne Piggott* (pp. 1-13). Montreal, Canada: *McGill Working Papers in Linguistics*.

Nagai, Miho & Öner Özçelik. 2012. Syntactic positions of Turkish bare NPs: The view from aspect and prosody. In Jaehoon Choi et al. (eds.), *Proceedings of the 29th West Coast Conference for Formal Linguistics (WCCFL 29)* (pp. 81-89). Tucson, AZ: *Coyote Papers: University of Arizona Working Papers in Linguistics*.

White, Lydia, Alyona Belikova, Paul Hagstrom, Tanja Kupisch, Öner Özçelik. 2012. There aren't many difficulties with definiteness: Negative existentials in the L2 English of Turkish and Russian speakers. In Mihaela Pirvulescu, María Cristina Cuervo, Ana T. Pérez-Leroux, Jeffrey Steele, and Nelleke Strik (eds.), *Selected Proceedings of the 4th Conference on Generative Approaches to Language Acquisition North America (GALANA 2010)* (pp. 266-276). Somerville, MA: Cascadilla Press.

Özçelik, Öner & Miho Nagai. 2011. Multiple subject positions: A case of perfect match between syntax and prosody. In Mary Byram & Barbara Tomaszewicz (eds.), *Proceedings of the 28th West Coast Conference for Formal Linguistics (WCCFL 28)* (pp. 303-312). Somerville, MA: Cascadilla Press.

Belikova, Alyona, Paul Hagstrom, Tanja Kupisch, Öner Özçelik & Lydia White. 2010. Definiteness in positive and negative existentials in the L2 English of Russian speakers. In Joao Costa, Ana Castro, Maria Lobo & Fernanda Pratas (eds.), *Language Acquisition and Development: Proceedings of GALA 2009* (pp. 28-39). Cambridge, UK: Cambridge Scholars Publishing.

Özçelik, Öner. 2009. L2 acquisition of scope: Testing the Full Transfer Full Access Hypothesis. In Melissa Bowles, Tania Ionin, Silvina Montrul & Annie Tremblay (eds.), *Proceedings of the 10th Generative Approaches to Second Language Acquisition Conference (GASLA 2009)* (pp. 168-179). Somerville, MA: Cascadilla Press.

Özçelik, Öner. 2009. Children's scope assignment. In Jean Crawford, Koichi Otaki, and Masahiko Takahashi (eds.), *Proceedings of the 3rd Conference on Generative Approaches to Language Acquisition North America (GALANA 2008)* (pp. 188-199). Somerville, MA: Cascadilla Press.

Belikova, Alyona, Tanja Kupisch, Öner Özçelik & Emily Sadlier-Brown. 2009. Fillers as functional categories: Evidence from German-English bilingual acquisition. In Jean Crawford, Koichi Otaki, and Masahiko Takahashi (eds.), *Proceedings of the 3rd Conference on Generative Approaches to Language Acquisition North America (GALANA 2008)* (pp. 1-12). Somerville, MA: Cascadilla

Press.

White, Lydia, Alyona Belikova, Paul Hagstrom, Tanja Kupisch & Öner Özçelik. 2009. Restrictions on definiteness in L2 English. In Jane Chandlee, Michelle Franchini, Sandy Lord & Gudrun-Marion Rheiner (eds.), *Proceedings of the 33rd Annual Boston University Conference on Language Development (BUCLD 33)* (pp. 622-633). Somerville, MA: Cascadilla Press.

## EDITED VOLUME:

Özçelik, Öner & Amber Kennedy Kent. 2015. *Proceedings of the 1st Conference on Central Asian Languages and Linguistics*. IU Scholar Works. ISBN: 9780996176200.

## II. PEDAGOGICAL PUBLICATIONS:

## BOOK MANUSCRIPT IN PREPERATION (PEDAGOGICAL):

Özçelik, Öner & Amber Kennedy Kent. *In preparation (proposal accepted). Designing Effective Language Learning Materials for Less Commonly Taught Languages*. Georgetown University Press.

## JOURNAL ARTICLES (REFEREED):

Özçelik, Öner & Amber Kennedy Kent. 2015. Research-informed online language course design and development for least commonly taught LTCLs: The case of Introductory Dari, Pashto, and Uyghur. *Journal of the National Council of Less Commonly Taught Languages* 18. 25-61.

# PRESENTATIONS

## RESEARCH PRESENTATIONS (REFEREED) (pedagogical represented with an asterix)

Özçelik, Öner. *Accepted.* Phonological markedness and extraprosodicity as predictors of morphological errors in SLI. Annual Meeting on Phonology 2017 (AMP 2017). NYC, NY, September 2017.

Özçelik, Öner & Rex Sprouse. *Accepted.* No crossing constraint: Evidence from vowel harmony. Annual Meeting on Phonology 2017 (AMP 2017), poster. NYC, NY, September 2017.

Özçelik, Öner. 2017. Challenges in the second language acquisition of Turkish word-level prosody. International Conference on Turkish Linguistics (ICTL). Adana, Turkey, February 2017.

Özçelik, Öner & Rex Sprouse. 2016. How abstract is Interlanguage phonology? Evidence from Turkish

vowel harmony. Generative Approaches to Language Acquisition North America. Urbana-Champaign, IL. September 2016.

Özçelik, Öner & Rex Sprouse. 2016. L2 acquisition of exceptional vowel harmony in Turkish. Linguistic Society of America (LSA) 2016 Annual Meeting. Washington, DC, January 2016.

*Arman, Rahman, Amber Kent, & Özçelik, Öner. 2016. Project-Based Language Learning Instruction in an Online Language Learning Environment. Conference on Central Asian Languages and Linguistics 2 (ConCALL 2). Bloomington, IN, October 2016.

Özçelik, Öner & Rex Sprouse. 2015. Acquisition of Turkish vowel harmony in low-frequency and zero-frequency contexts: Evidence for Full Access in L2 phonology. Boston University Conference on Language Development 40 (BUCLD 40). Boston, MA, November 2015.

*Kent, Amber, Rahman Arman & Öner Özçelik. 2015. Developing an Asynchronous Online Language Course for Dari and Pashto. American Council on the Teaching of Foreign Languages (ACTFL). San Diego, CA. November, 2015.

Özçelik, Öner. 2015. L2 acquisition of Default-to-Opposite-Edge stress: the case of Mongolian. Paper to be presented at the 25th Annual Conference of the European Second Language Association (EUROSLA 2015), Aix-en-Provence, France, September.

Özçelik, Öner. 2015. Acquiring the world's most difficult stress pattern: L2 Khalkha Mongolian and "Conflicting Directionality". Paper presented at the 13th Biennial Conference on Generative Approaches to Second Language Acquisition (GASLA 13). Indiana University, Bloomington, IN, March 2015.

Özçelik, Öner & Rex Sprouse. 2014. L2 acquisition of Turkish vowel harmony and knowledge of the universal 'No Crossing Constraint'. Poster presented at Boston University Conference on Language Development 39 (BUCLD 39). Boston, MA, November 2014.

Özçelik, Öner & Rex Sprouse. 2014. L2 acquisition of Turkish vowel harmony and knowledge of the 'No Crossing Constraint'. Paper presented at Second Language Research Forum 33 (SLRF 33), University of South Carolina, Columbia, SC. October, 2014.

Özçelik, Öner. 2014. Word stress in Turkic languages: the case of Kazakh, Uyghur and Uzbek. Paper to be presented at the 17th International Conference on Turkish Linguistics (ICTL 17). MIT, Rouen, France, September 2014.

Özçelik, Öner. 2014. 'Stress' or 'Intonational prominence'? Word accent in Kazakh, Turkish, Uyghur and Uzbek. Paper presented at the 10th Workshop on Altaic Formal Linguistics (WAFL 10). MIT, Cambridge, MA, May 2014.

Özçelik, Öner. 2013. L1 effects on the acquisition of prosody in Kazakh, Turkish and Uzbek: evidence for UG. Paper presented at Second Language Research Forum 32 (SLRF 32), Brigham Young University, Provo, UT. October.

7

Özçelik, Öner. 2013. L2 acquisition of word stress: towards a prosodic acquisition path. Paper presented at Generative Approaches to Language Acquisition 2013 (GALA 2013), University of Oldenburg, Oldenburg, Germany, September 2013.

Belikova, Alyona, Tanja Kupisch, Deniz Akpinar, Oner Ozcelik, Ilse Stangen & Lydia White. 2013. Definiteness effect in adult German-Turkish bilinguals. Paper presented at Interdisciplinary Approaches to Multilingualism 2013 (IAM 2013), University of Calgary, Alberta, August 2013.

Özçelik, Öner. 2013. L2 acquisition of stress: the case of Turkish. Paper presented at the 12th Biennial Conference on Generative Approaches to Second Language Acquisition (GASLA 12). University of Florida, Gainesville, FL, April 2013.

Özçelik, Öner. 2013. Selectivity in L3 transfer: effects of typological and linguistic similarity in the L3 Turkish of Uzbek-Russian bilinguals. Paper presented at Generative Linguistics in the Old World 36 (GLOW 36). Lund University, Lund, Sweden, April 2013.

Kupisch, Tanja, Deniz Akpinar, Alyona Belikova, Paul Hagstrom, Öner Özçelik, Ilse Stangen, Lydia White. 2011. Language differentiation and knowledge of the DE in adult German-Turkish bilinguals. Paper presented at International Symposium on Bilingualism 8 (ISB 8). Oslo, Norway, June.

Özçelik, Öner. 2011. Redefining the prosodic hierarchy. Paper presented at Phonology in the 21st Century: In Honor of Glyne Piggott. Montreal, Canada, May.

Nagai, Miho & Öner Özçelik. 2011. Syntactic positions of Turkish bare NPs: The view from Aspect and Prosody. Poster presented at the 29th West Coast Conference for Formal Linguistics (WCCFL 29). Tucson, AZ, April.

Nagai, Miho & Öner Özçelik. 2011. Nominal positions in Turkish. Paper presented at the 47th Annual Annual Meeting of the Chicago Linguistic Society (CLS 47). Chicago, IL, April.

Nagai, Miho & Öner Özçelik. 2011. Syntactic positions of bare NPs in Turkish: Some implications from Aspect and Prosody. Paper presented at the 35th Annual Penn Linguistic Colloquium (PLC 35). Philadelphia, PA, March.

Özçelik, Öner. 2010. L2 acquisition of higher-level prosodic structures and the role of UG. Paper presented at the 4th Biennial Conference on Generative Approaches to Language Acquisition North America (GALANA 4), Toronto, Canada, September.

White, Lydia, Alyona Belikova, Paul Hagstrom, Tanja Kupisch & Öner Özçelik. 2010. There aren't many difficulties with definiteness: Negative existentials in the L2 English of Turkish and Russian speakers. Paper presented at the 4th Biennial Conference on Generative Approaches to Language Acquisition North America (GALANA 4), Toronto, Canada, September.

Özçelik, Öner. 2010. L2 acquisition of sentential stress: Implications for UG. Paper presented at New Sounds 2010, Poznan, Poland, May.

Özçelik, Öner. 2010. English/Turkish interlanguage prosody: Implications for UG, Prosodic Transfer Hypothesis and Full Transfer/Full Access. Paper presented at the 2010 Tokyo Conference on Psycholinguistics (TCP 2010), Tokyo, Japan, March.

Özçelik, Öner & Miho Nagai. 2010. Multiple subject positions: A case of perfect match between syntax and prosody. Paper presented at the 28th West Coast Conference for Formal Linguistics (WCCFL 28). University of Southern California, Los Angeles, CA, February.

Özçelik, Öner. 2009. Exceptions in stress assignment: Feet in input. Paper presented at the 40th Annual Meeting of the North East Linguistic Society (NELS 40). MIT, Cambridge, MA, November.

Özçelik, Öner. 2009. L2 acquisition of a semantic parameter at the semantics-syntax-discourse interface. Paper presented at the Generative Approaches to Language Acquisition 2009 biennial conference (GALA 2009). Lisbon, Portugal, September.

Belikova, Alyona, Paul Hagstrom, Tanja Kupisch, Öner Özçelik & Lydia White. 2009. Definiteness in positive and negative existentials in the L2 English of Russian speakers. Paper presented at the Generative Approaches to Language Acquisition 2009 biennial conference (GALA 2009). Lisbon, Portugal, September.

Özçelik, Öner. 2009. Learnability in the L2 acquisition of quantification. Paper presented at the 20th Annual Conference of the European Second Language Association (EUROSLA 2009), Cork, Ireland, September.

Özçelik, Öner & Miho Nagai. 2009. Possible syntactic subject positions in Turkish: Evidence from phonology. Paper presented at the Sixth Workshop on Altaic Formal Linguistics (WAFL 6). Nagoya, Japan, August/September.

Özçelik, Öner. 2009. Capturing the lawful behavior of exceptional stress: Prosodic faithfulness constraints. Paper presented at the Annual Meeting of the Canadian Linguistic Association (CLA 2009). Carleton University, Ottawa, Canada, May.

Özçelik, Öner. 2009. Scope ambiguity in child language. Poster presented at the Mind-Context Divide: Interfaces in Language Acquisition workshop, University of Iowa, IA, April/May.

Özçelik, Öner. 2009. L2 acquisition of scope: Testing the Full Transfer Full Access Hypothesis. Paper presented at the 10th Biennial Conference on Generative Approaches to Second Language Acquisition (GASLA 10), University of Illinois at Urbana-Champaign, Urbana, IL, March.

Özçelik, Öner. 2009. Exceptions are not exceptions: Towards a unified analysis of Turkish stress. Paper presented at the Montreal Ottawa Toronto Phonology Workshop 2009 (MOT 2009), University of Toronto, Toronto, Canada, February.

White, Lydia, Alyona Belikova, Paul Hagstrom, Tanja Kupisch & Öner Özçelik. 2008. Restrictions on definiteness in L2 English. Paper presented at the Boston University Conference on Language Development 33 (BUCLD 33), Boston University, Boston, MA, November.

9

Özçelik, Öner. 2008. Scope of negation and quantification in child language. Paper presented at the Psycholinguistics Short Conference (Psychoshorts 2008), University of Ottawa, Ottawa, Canada, October.

Özçelik, Öner. 2008. Children's scope assignment. Poster presented at the 3rd Biennial Conference on Generative Approaches to Language Acquisition North America (GALANA 3). University of Connecticut, Connecticut, September.

Belikova, Alyona, Tanja Kupisch, Öner Özçelik & Emily Sadlier-Brown. 2008. Monosyllabic fillers as proto-syntactic devices: Evidence from a bilingual German-English child. Poster presented at the 3rd Biennial Conference on Generative Approaches to Language Acquisition North America (GALANA 3). University of Connecticut, Connecticut, September.

Özçelik, Öner. 2008. Children's scope assignment: A Relevance Theoretic account. Paper presented at Annual Meeting of the Canadian Linguistic Association (CLA 2009), University of British Columbia, Vancouver, BC, Canada, June.

Özçelik, Öner. 2008. Second language acquisition of relative clauses: A unified Antisymmetric account. Paper presented at the American Association of Applied Linguistics Annual Conference (AAAL 2008), Washington, DC, March.

## INVITED PRESENTATIONS:

*Özçelik, Öner, Dave Baer, Amber Kenndy Kent, Rahman Arman, Sukhrob Karimov. 2015. (Invited Talk). Workshop on Online LCTL Teaching, Bloomington, IN, May.

*Guilfoil, Michelle, Juliana Wijaya, Lenore Yaffee Garcia, & Öner Özçelik. 2014. Making language learning relevant and compelling. (Joint presentation with U.S. Department of Education's International and Foreign Language Education (IFLE) office). Language Matters strand, Global Learning Conference, Asia Society. Brooklyn, NY, June, 2014.

Özçelik, Öner. 2013. (Invited Talk) L2 acquisition of word-level prosody. Second Language Studies (SLS) Colloquium Series, Indiana University, Bloomington, IN, January.

Özçelik, Öner. 2012. (Invited Talk) A path for the L2 acquisition of stress. Studies on normal and impaired language acquisition in monolingual and bilingual children and adults, Konstanz, Germany, July.

# GRANTS, AWARDS, AND HONORS

## GRANTS (AND GRANT RELATED ACTIVITIES):

2015 – 2016:   Principal PI, Indiana University Office of the Vice Provost for Undergraduate

Education, Phase I Scholarship of Teaching and Learning (**SOTL**) Grant: for teaching/learning-related research, titled 'Determining effectiveness of Content Based Instruction in an online language learning environment' (with Amber Kent and Rahman Arman as other project members)

2014 - 2018:   PI, National Language Resource Center (LRC), **Title VI** Grant. Directing Center for Languages of the Central Asian Region (CeLCAR), US Department of Education - $739,200.00 over a period of four years

2014:   PI, Indiana University **Ostrom** grant for creative scholarly, artistic and pedagogical activities - $5,000 (one time)

2013 - 2014: PI, Indiana University College of Arts and Humanities Institute (**CAHI**) grant for conference organization: for a conference on the "Central Asian Languages and Linguistics" – $3,000 (one time)

2012 - 2013: Director/Principal PI, **Mellon** Innovating International Research, Teaching and Collaboration Innovative Workshop grant (Andrew W Mellon Foundation), for the organization of an "Intensive Workshop on Distance Teaching and Learning for Less Commonly Taught and Critical Languages" at IU - $5,000.00 (one time)

2012 - 2013: Director/PI, Indiana National Guard grant for the organization of a seven-day seminar under CeLCAR on Afghan Languages and Cultures. - $8,879.00 (one time)

2012 - 2014: Director, National Language Resource Center (LRC), **Title VI**. Directing Center for Languages of the Central Asian Region (CeLCAR), US Department of Education - $168,681.00 per year (renewable)

2012-2013: Chief Applied Linguist, Indiana University Turkish/Turkic **Flagship** Program, National Security Education Program (NSEP), Department of Defense - $1,500,000.00 for the first 3 years (renewable)

2012 Spring: Interim Director (project member in the grant), Indiana University Turkish/Turkic **Flagship** Program, National Security Education Program (NSEP), Department of Defense – $1,500,000 for the first 3 years (renewable)

## TEACHING AWARDS:

2015   Trustees Teaching Award, Indiana University (nominated by departmental award committee; selected by the Faculty Advisory Board of the School of Global and International Studies)

2013   Trustees Teaching Award, Indiana University (nominated by the department; selected by the College of Arts and Sciences)

2008   Faculty of Arts Graduate Student Teaching Award, McGill University

11

2005        Faculty of Arts and Sciences Graduate Student Teaching Award Finalist, University of
            Pittsburgh


## FELLOWSHIPS:

2012        Summer Faculty Fellowship, Indiana University

2010 - 2011 Eileen Peters Fellowship, McGill University

2009 - 2010 Principal's Graduate Fellowship, McGill University

2008 - 2009 Faculty of Arts Graduate Award, McGill University

2006 - 2007 Faculty of Arts Top-Up Fellowship, McGill University

2006 - 2007 Recruitment Excellence Fellowship, McGill University

2006 - 2011 Full PhD fellowship, Department of Linguistics, McGill University

2004 - 2006 Full MA fellowship, Department of Linguistics, University of Pittsburgh

2000 - 2004 High Success Fellowship, Boğaziçi University


## ACADEMIC AWARDS:

2010        Lara Riente Memorial Prize, Department of Linguistics, McGill University

2009        EUROSLA student presenter award, Cork, Ireland

2006        Robert T. Henderson Endowment Fund Award, University of Pittsburgh

2004        Dean's Special Award for leadership in academic, social and cultural fields, Boğaziçi
            University

2004        High Honors Certificate, Faculty of Education, Boğaziçi University

2004        Ranked 1st among graduates in Faculty of Education, Boğaziçi University

2004        Ranked 1st among graduates in Department of Foreign Language Education/Applied
            Linguistics, Boğaziçi University

2002        Certificate of Honor from Human Rights Council, Turkey

| | |
|---|---|
| 2000 | Certificate of Honor from the Minister of Education, Ankara, Turkey |
| 2000 | Ranked 1st in the University Entrance Exams in Turkey among test takers in the fields of language and linguistics (out of about 1.5 million test takers in all fields) |

## TRAVEL AWARDS:

| | |
|---|---|
| 2017 | SGIS Scholarly Communication & Collaboration Award |
| 2009 | Faculty of Arts GREAT Travel Grant, McGill University |
| 2009 | CRLMB Travel Grant, McGill University |
| 2008 | Faculty of Arts Graduate Student Travel (GTS) Award, McGill University |
| 2008 | Alma Mater Travel Award, McGill University |
| 2008 | CRLMB Travel Grant, McGill University |

# TEACHING

## COURSES TAUGHT:

### Indiana University; courses taught *or* prepared:

'Intro to Turkey: Language and Society' (CEUS R181), Department of Central Eurasian Studies, Indiana University, Bloomington

'Turkish Morphosyntax' (CEUS – individual readings course), Department of Central Eurasian Studies, Indiana University, Bloomington

'Language and Society in Turkey' (CEUS 299), Department of Central Eurasian Studies, Indiana University, Bloomington

'Phonology of Turkic Languages' (CEUS-R 389/CEUS-R 589), Department of Central Eurasian Languages, Indiana University, Bloomington

'Phonology of Turkish' (CEUS-R 680 – individual readings course), Department of Central Eurasian Studies, Indiana University, Bloomington

'L2 Acquisition of Turkish Phonology (CEUS-R 680 – individual readings course), Department of Central Eurasian Studies, Indiana University, Bloomington.

'Central Eurasian Languages and Cultures (CEUS-R 199), Department of Central Eurasian Studies, Indiana University, Bloomington.

'Structure of Turkish' (CEUS-R 385/CEUS-R 585 & LING-L 490/LING-L 590), Department of Central Eurasian Studies (joint-listed with Department of Linguistics), Indiana University, Bloomington.

'Introductory Turkish I' (CEUS-T 181 & CEUS-T 581), Department of Central Eurasian Studies, Indiana University, Bloomington

'Introductory Turkish II' (CEUS-T 182 & CEUS-T 582), Department of Central Eurasian Studies, Indiana University, Bloomington

'Intermediate Turkish II' (CEUS-T 282 & CEUS-T 682), Department of Central Eurasian Studies, Indiana University, Bloomington

'Turkic Applied Linguistics' (CEUS-R 589), Department of Central Eurasian Studies, Indiana University, Bloomington (prepared but canceled at the beginning of the term due to administrative appointment in Turkish Flagship)


**McGill University; courses taught and/or TAed:**
'Phonology' (LING 331), Department of Linguistics, McGill University.

'Phonetics' (LING 330), Department of Linguistics, McGill University.

'Introduction to Linguistics' (LING 201), Department of Linguistics, McGill University.

'Introduction to the Study of Language' (LING 200), Department of Linguistics, McGill University.


**Other:**
'Turkish as a Foreign Language' courses, Department of Linguistics, University of Pittsburgh (introductory and intermediate levels).

'Advanced Shakespeare' and 'English language' classes, Robert College, Istanbul, Turkey.


## STUDENT / RESEARCH SCHOLAR ADVISING:

Aksu, Mustafa – M.A./PhD. thesis advisor – Uyghur phonology and second language acquisition – Department of Central Eurasian Studies, Indiana University.

Swanson, Kyle – PhD advisory committee member – Department of Second Language Studies, Indiana University.

Dakota, Daniel – Ph.D./dissertation advisory committee member (as well as member of the qualifying exam committee). Department of Linguistics, Indiana University.

Adams, Michelle – PhD advisory committee member – Department of Second Language Studies, Indiana University.

Tahir, Kuresh - Research scholar on Uyghur, funded by China Scholarship Council to work under my supervision.

Durmaz, Mustafa – M.A./PhD advisor – *Kurdish/Turkish linguistics and second language acquisition* – Department of Central Eurasian Studies, Indiana University.

Ayter, Can – M.A. advisor – *Turkic linguistics* – Department of Central Eurasian Studies, Indiana University.

Kontovas, Niko – Ph.D. advisory committee member – *Central Asian linguistics*. Department of Central Eurasian Studies, Indiana University.

Bokhari, Hassan – Ph.D./dissertation advisory committee member – *Uzbek and Arabic linguistics.* Department of Near Eastern Studies, Indiana University.

Erbas, Yahya – Ph.D./dissertation advisory committee member – *Language education.* School of Education, Indiana University.

McGuire, Michael – Ph.D. advisory committee member – *L2 acquisition of stress.* Department of Linguistics, Indiana University

Petrush, Rebecca – PhD. Advisory committee member – *Round vowel acquisition in French.* Department of French and Italian, Indiana University

Schaefer, Vance – Ph.D. advisory committee member - *L2 perception of tone.* Department of Second Language Studies, Indiana University (graduated, 2016)

Sorensen, Christopher – MA thesis committee member – *Regimes, elites, political space and ethnicity in Central Asia.* Department of Central Eurasian Studies, Indiana University (graduated, 2014)

Bayazit, Zeynep Zeliha – Research scholar on Turkish prosody, funded by The Scientific and Technological Research Council of Turkey (TUBITAK), arriving in Fall 2017.

Aka, Murat – Research scholar, funded by Turkey's Higher Education Council to work under my supervision.

Çürük, Yasemin — Research scholar, funded by Turkey's Higher Education Council to work under my supervision.

Saimaiti, Maimaitimin - Research scholar on Uyghur, funded by China Scholarship Council to work under my supervision.

Wumaierjiang, Kuerban - Research scholar on Uyghur, funded by China Scholarship Council to work under my supervision.

## LANGUAGE TEXTBOOK SERIES EDITING (as Director of CeLCAR):

*Intermediate Dari*. 2017. Georgetown University Press. [June 2017]

*Intermediate Uyghur*. 2016. Georgetown University Press. [December 2016]

*Intermediate Uzbek*. 2016. Georgetown University Press. [May 2016]

*Intermediate Pashto*. 2015. Georgetown University Press. [December 2015]

*Introductory Dari*. 2014. Georgetown University Press. [December 2014]

*Introductory Uyghur*. 2013. Georgetown University Press. [November 2013]


*In preparation: Introductory Kazakh,*
*Introductory Kyrgyz*
*Introductory Turkmen*
*Introductory Mongolian*
*Introductory Persian*
*Introductory Kurmanji*
*Introductory Sorani*
*Introductory Tibetan*


# RELATED PROFESSIONAL ACTIVITIES

## ADVISORY BOARDS:

2014 – pres.   Advisory Board member, Center for Language Excellence, helping found the center and guide its direction, Indiana University, Bloomington.

2014- 2016   Advisory Board member. Inner Asian and Uralic National Resource Center (IAUNRC), Indiana University, Bloomington.

2013 - pres.   Member of the Advisory Council of the National African Language Resource Center (NALRC). Indiana University.

2013 - pres.   Member of the National Advisory Council of Indiana University Summer Language Workshop (Previously called SWSEEL), Indiana University.

## ACADEMIC/SCHOLARLY EDITORIAL & REVIEW ACTIVITIES:

### Editorship:

Associate Editor, *Linguistic Approaches to Bilingualism* – starting Sep 2017

Section Editor, Linguistics section, *Sage Open*, 2016 – present.

## Journal article and book chapter reviews:

Article Reviewer for the journal *Acta Linguistica Academica* (previously known as *Acta Linguistica Hungarica*), 2017

Article Reviewer for the journal *Turkic Languages*, 2017

Article Reviewer for the journal *Türk Psikoloji Dergisi* [Turkish Psychology Journal], 2017

Article Reviewer for the journal *International Journal of Bilingual Education and Bilingualism*, 2017

Article Reviewer for the journal *Applied Psycholinguistics*, 2016, 2017

Article Reviewer for the journal *Phonology*, 2015/2016

Article Reviewer for the journal *Linguistics Unlimited*, 2015/2016

Editor, *Sage Open: Linguistics*, 2016-present

Article Reviewer for the journal *Journal of the International Phonetic Association*, 2015

Article Reviewer for the journal *Second Language Research*, 2015, 2016 (two different articles)

Article Reviewer for the journal *Language Acquisition*, 2015 (two different articles)

Manuscript Editor for *Sage Open*, 2015

Article Reviewer for the journal *Lingua*, 2015

Book chapter review for *Cognitive individual differences in L2 processing and acquisition*, Published by John Benjamins, 2015.

Article Reviewer for the journal *Phonology*, 2014

Article Reviewer for the journal *Second Language Research*, 2014

Article Reviewer for the journal *Language Acquisition*, 2014

Book chapter review for *Acquisition of Turkish in Childhood*. To be published by John Benjamins. 2014

Book reviewer for *Nitel Araştırma: Yöntem, Teknik, Analiz ve Yaklaşımlar*. (Qualitative Research: Methods, Techniques, Analyses and Approaches. Anı *Publishing, Turkey, 2013*.

Book Chapter Reviewer for *The Acquisition of Spanish in Adult and Child Bilingualism Data from Understudied Language Pairings*. To be published by John Benjamins, 2013.

Article Reviewer for the journal *Language Acquisition*, 2013, 2014

Article Reviewer for the journal *Language Learning*, 2013

Article Reviewer for the journal *Bilingualism, Language and Cognition*, 2013

**Abstract reviews:**

Abstract/Proposal Reviewer for Second Language Research Forum (SLRF), 2017, Ohio State University, Columbus, OH.

Abstract/Proposal Reviewer for the Workshop on Altaic Formal Linguistics 13 (WAFL 13), 2017, International Christian University, Tokyo, Japan.

Abstract/Proposal Reviewer & Scientific Committee Member for the International Symposium on Bilingualism (ISB), 2017, University of Limerick, Limerick, Ireland (reviewed in 2016)

Abstract/Proposal Reviewer for the Generative Approaches to Second Language Acquisition (GASLA), 2017, University of Southampton, Southampton, UK (reviewed in 2016)

Abstract/Proposal Reviewer for the conference *Turkish, Turkic and the Languages of Turkey (Tu+ 2)*, Indiana University, Bloomington, 2016.

Organizor and reviewer for the 2nd Conference on Central Asian Languages and Linguistics (ConCALL), Indiana University, Bloomington, IN.

Abstract/Proposal Reviewer for the Workshop on Altaic Formal Linguistics 12 (WAFL 12), 2016, Central Connecticut State University, New Britain, CT.

Abstract/Proposal Reviewer for the International Symposium on Bilingualism (ISB), 2015, Rutgers University, New Brunswick, NJ (reviewed in 2014)

Organizor and reviewer for the 1st Conference on Central Asian Languages and Linguistics (ConCALL), Indiana University, Bloomington, IN.

Abstract/Proposal Reviewer for the Generative Approaches to Second Language Acquisition (GASLA), Indiana University, Bloomington, 2015 (reviewed in 2014)

Article/proposal reviewer (and scientific committee member) for the 10th Workshop on Altaic Formal Linguistics (WAFL), Massachusetts Institute of Technology, Cambridge, MA, 2014

Abstract/Proposal Reviewer for Generative Approaches to Second Language Acquisition (GASLA) 2013 Conference, University of Florida, Gainesville, FL, 2013

Abstract/Proposal Reviewer for the International Symposium on Bilingualism (ISB), Nanyang Technological University, Singapore, 2013, (reviewed in 2012)

**Grant reviews:**

NSF grant reviewer, for the Linguistics Program - Spring 2012 grant cycle

## CONFERENCES/WORKSHOPS ORGANIZED (NATIONAL/INTERNATIONAL):

Organization committee of the *Generative Approaches to Language Acquisition 8 (GALANA 8)*, to take place on September 28-30, 2018 in Bloomington, IN. In collaboration with IU Departments of Second Language Studies and East Asian Languages and Cultures.

Organizing the *Conference on Central Asian Languages and Linguistics (ConCALL 3)*, to take place between March 3-5, 2018 in Bloomington, IN. (funded through Title VI funds from the US Department of Education)

Organized the second *Conference on Central Asian Languages and Linguistics (ConCALL 2)*, October 2016. (funded through Title VI funds from the US Department of Education)

Organized the *Workshop on Online LCTL Teaching*, May 2015 (funded through Mellon's MIIRT and contributions from IU units)

Initiated and organized the first *Conference on Central Asian Languages and Linguistics (ConCALL)*, May 2014. (funded through CAHI, Ostrom, Title VI and contributions from IU units)

# LANGUAGES

Turkish: Native language
English: Fluent
Azerbaijani: Advanced
Turkmen: Advanced
French: Low Intermediate
German: Low Intermediate
Mandarin: Beginner
Turkic languages: research knowledge of Kazakh, Kyrgyz, Uyghur and Uzbek

# COMMITTEES & SERVICE

## DEPARTMENTAL, SCHOOL, OR UNIVERSITY-LEVEL COMMITTEE MEMBERSHIP:

2017 -        Promotion committee (and Chair) for Senior Lecturer appointment for Sibel Crum, CEUS, Indiana University (invited by CEUS chair).

2016 – 2017  Departmental Salary Committee member

2016 – 2017  Departmental Admissions Committee member

2016 – 2017  Departmental Awards Committee member

2016 - 2017  Promotion committee member for Senior Lecturer appointment for Rahman Arman, CeLCAR, Indiana University (also handled case as 'unit/department chair')

2016 -        Promotion committee member for Senior Lecturer appointment for Zaineb Istrabadi, NELC, Indiana University (invited by NELC chair and committee).

2016 -        Annual evaluation committee of Ed Lazzerini, Director of the Inner Asian and Uralic National Resource Center (IAUNRC), Indiana University

2015 – 2016  Departmental Faculty Search Committee member, for the contemporary Central Asia area specialist faculty position – Assoc. Prof. Marianne Kamp was hired as a result of the search.

2015 – 2016  Departmental Policy Committee member (elected), CEUS, Indiana University

2014 – 2015  SGIS Committee member on the renewal of 'Director of Inner Asian and Uralic National Resource Center (IAUNRC)', Prof. Ed Lazzerini

2014 - 2015  CEUS Committee member on the renewal of CEUS 'Academic Specialist' (2016-2021) and 'Director of Denis Sinor Research Institute for Inner Asian Studies (SRIFIAS)' (2015-2018), Prof. Ed Lazzerini

2014          Departmental Progress Report Committee member, CEUS, Indiana University

2014 - 2015  Member & Chair of Departmental Salary Committee, CEUS, Indiana University (prepared the first draft of salary guidelines for Non-tenure Track Faculty)

2014 - 2015  Departmental Admissions Committee member, CEUS, Indiana University

2014 - 2015  Departmental Ongoing Revisions of Tenure & Promotion Guidelines Committee member, CEUS, Indiana University

2013 - 2014   Departmental Award Committee member, CEUS, Indiana University

2013 - 2014   Departmental Policy Committee member (elected), CEUS, Indiana University

2013- 2014   Departmental Revision of Tenure and Promotions Guidelines Committee member, CEUS, Indiana University

2012 - pres.   Campus Linguistics Coordination Committee member (as CEUS representative)

2012 – 2013   Departmental Promotion (senior lecturer level) committee member, CEUS, Indiana University

2012 - 2013   Departmental Policy Committee member, CEUS, Indiana University

2012 - 2013   Search committee membership or chair of search committee for various Turkish Flagship hires while establishing the program at IU

2011 - pres.   Bogazici University-Indiana University Exchange Program Advisor (helped establish the program and currently serving as the program advisor and contact person for accepting applications).

2011 - 2012   Helped create the Bogazici University-Indiana University Exchange Program

2011 - 2012   Departmental Policy Committee member (elected), CEUS, Indiana University

2011 - 2012   Departmental Curriculum Committee member, CEUS, Indiana University

2011 - 2017   Participation in various CEUS chair-requested activities (e.g. CEUS lunch participant for (i) the Ottoman hire in the History department, (ii) Azerbaijani ambassador visit, and (iii) Academic Specialist (Michael Brose) hire visit (example attached), as well as various College/school-requested activities (such as (i) participating in the IU Board of Trustees meeting for the foundation of the School of Global and International Studies (SGIS) in Indianapolis, representing CEUS in the IU Online conference in Indianapolis, etc.

2010 - 2011   Co-editor, McGill Working Papers in Linguistics (McGWPL), McGill University

2009 - 2010   Graduate student representative (elected), Department of Linguistics, McGill University

2007 - 2009   Colloquium committee, Department of Linguistics, McGill University

2002 - 2004   Undergraduate Student Representative (elected, 2 years, out of about 15 candidates each time), School of Education, Boğaziçi University

**OTHER REVIEW AND SERVICE ACTIVITIES:**

2014 – pres.  Faculty advisor, Turkish Student Association, Indiana University (selected by students in years 2014, 2015, 2016, 2017)

2017          Observed and evaluated Turkish language lecturer's class and teaching

2014 - 2015:  Observed and evaluated Estonian language lecturer / CEUS Language Coordinator's class and teaching

2015-2016:  Chaired session in ACES conference.

2014:         Wrote annual review of Director of SWSEEL.

2013, 2014:  Wrote annual teaching evaluations of CEUS Language Coordinator (see also above).

2013-2015:  Reviewed FLAS applications for IAUNRC

**OTHER ACADEMIC OR PEDAGOGICAL WORK OR SERVICE:**

2008 - present  Consultant and lead grader for the National Center for State Courts (NCSC) for the Turkish language, grading the Turkish court interpreting exam and making suggestions regarding candidates' certification, USA.

2006 - 2011    Research Assistant to Heather Goad and Lydia White, Department of Linguistics, McGill University, Montreal, Quebec, Canada.

2006          Subject Matter Expert & Learning Object Translator (Materials Preparation), responsible for developing complete LangNet Learning Objects, The National Foreign Language Center (NFLC), University of Maryland, MD, USA.

2005 - present  Examiner/Grader/Consultant, grading the Turkish court interpreting exam and making suggestions regarding candidates' certification, New Jersey Judiciary, NJ, USA.

2005          Materials Preparation, prepared the Turkish court interpreting exam for the state of New Jersey which was later made available to the Consortium/NCSC (which currently has 40 member states), Trenton, NJ, USA.

2005 – 2006    Researcher, University of Pittsburgh and Carnegie Mellon University, involved in establishing the 'language learning' part of the Pittsburgh Science of Learning Center (PSLC), funded by the National Science Foundation, USA.

2004 – 2006    Administrative Assistant, Less Commonly Taught Languages Center (LCTL) Office, University of Pittsburgh.

2003 - 2004    Research Assistant, Department of Foreign Language Education, Bogaziçi University, Istanbul, Turkey.