The Law Firm

Fleming . Ruvoldt PLLC

**MEMO ENDORSED**

1700 Broadway
Suite 28
New York, NY 10019
(201) 518-7878
(201) 518-7879 (fax)

**Cathy Fleming**
**(201) 518-7907 (Direct)**
cfleming@flemingruvoldt.com

October 26, 2017

*Via ECF*
Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 17B
New York, NY 10007

Re:     *United States v. Zarrab, et al,*
        Docket No. S4 15-CR-867 (RMB)

Conference Re: protective
order on Monday, Nov. 6,
2017 @ 9:00 A.M. The Court will
hear oral argument from
counsel unless the parties
wish to have the Court decide on
the basis of their letters.

SO ORDERED:
Date: 10/31/17   Richard M. Berman
                 Richard M. Berman, U.S.D.J.

Dear Judge Berman:

Counsel for Defendant Mehmet Hakan Atilla respectfully submits this letter in
response to the Government's letter of today to Your Honor concerning our request to have
the Protective Order either modified or dissolved. Despite best efforts, and movement on
both sides, we could not reach agreement (see attached Letter to Government dated
October 24, 2017, Exhibit A).

The Protective Order was signed at the beginning of Mr. Atilla's participation in the
case in order to avoid imposing on the Court's time, and with the intention of moving
discovery forward. Both sides understood that it might be necessary to modify its terms as
the case proceeded. We have done our best to work within its terms, but the Protective
Order has seriously impaired our pretrial investigation and our ability to interview
witnesses abroad and, thus, has hampered the defense. Moreover, with respect to the

Hon. Judge Berman
October 26, 2017
Page 2

Government's claim that the Protective Order provides us with "a mechanism to show any

part of the discovery with anyone with the Court's permission," we do not believe that

calling the Court and giving notice to the Government from Turkey (which is seven hours

ahead of New York time) under these circumstances is practical.

Please put this on the agenda for the next conference, which we hope will be

scheduled soon in light of the in limine motions being filed on Monday.

> Respectfully submitted,
> /s/ Cathy Fleming
> Cathy Fleming

cc:    All counsel of record (via ECF)