UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/17

UNITED STATES OF AMERICA,

v.

REZA ZARRAB, et al.

    Defendant.

SEALING ORDER

S3 15 Cr. 867 (RMB)

Upon application of Defendant Mehmet Hakan Atilla (Victor Rocco and Cathy Fleming appearing), and upon notice to the Government, and upon the prior proceedings held November 6, 2017, and for good cause shown,

IT IS THIS **9th** DAY OF NOVEMBER 2017

ORDERED THAT the following documents be filed under seal, with redacted versions to be filed electronically via ECF:

1. Defendant Mehmet Hakan Atilla's Notice of Motion for Leave to Take Rule 15 Foreign Discovery, or in the Alternative, Live Video Testimony During Trial from Defense Witnesses in Turkey;

2. Declaration of Cathy A. Fleming, Esq. dated November 7, 2017 in Support of Defendant Mehmet Hakan Atilla's Motion for Leave to Take Rule 15 Foreign Depositions or, in the Alternative, Live Streamed Video Testimony During Trial from Defense Witnesses from Turkey;

3. Declaration of Mehmet Hakan Atilla signed October 27, 2017; and

4. Memorandum of Law in Support of Defendant Mehmet Hakan Atilla's Motion for Leave to Take Rule 15 Foreign Discovery or, in the Alternative, Live Streamed Video Testimony During Trial from Defense Witnesses from Turkey.

SO ORDERED.

_RMB_ 11/9/17
HON. RICHARD M. BERMAN
United States District Judge