UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                         Plaintiff,

- against -

Reza Zarrab, et al.

                         Defendants.

S4 15-cr-867 (RMB)

**Notice of Appearance of Todd Harrison**

To:    Clerk of Court
         United States District Court
         Southern District of New York

       PLEASE TAKE NOTICE that Todd Harrison respectfully requests the Clerk to note his appearance as counsel for Mehmet Hakan Atilla in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:       November 20, 2017
                  New York, New York

                                          /s/     Todd Harrison
                                          Todd Harrison
                                          McDermott Will & Emery LLP
                                          340 Madison Avenue
                                          New York, New York 10173
                                          (212) 547-5727
                                          Tdharrison@mwe.com

                                          *Attorneys for Mehmet Hakan Atilla*