

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

November 20, 2017

VIA ECF

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17B
New York, New York 10007

              Re:      <u>United States v. Zarrab, et al.</u>, No. S4 13-cr-867 (RMB)

Dear Judge Berman:

      We have been retained by Mr. Mehmet Hakan Atilla to join the current defense team and assist at trial.  We have spoken with the government about the fact that we intend to file a notice of appearance and we do not believe that they object to our involvement.

                                    Respectfully submitted,

                                    /s/    Todd Harrison

                                    Todd Harrison

CC:    All Parties via ECF

U.S. practice conducted through McDermott Will & Emery LLP.

**340 Madison Avenue New York New York 10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444  www.mwe.com**