USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

15 CR.867 (RMB)

-against-

**ORDER**

MEHMET HAKAN ATILLA,
                              Defendant.
-----------------------------------------------------------X

The trial and jury selection are adjourned for one week and will commence on Monday, November 27, 2017. Once the jury is selected we will immediately proceed to openings and witness testimony.

The conference originally scheduled for 2:00 pm tomorrow, November 21, 2017 is rescheduled to 10:00 am tomorrow, November 21, 2017. The Court will also hold a Curcio hearing at that time with respect to the addition of Todd Harrison, of McDermott Will & Emery LLP as defense counsel. Counsel for the Government and the Defense shall submit to the Court for its review by 5:00 pm today any proposed Curcio questions, reflecting any conflicts of interest (potential or actual) of McDermott Will & Emery LLP.

Mr. Harrison is also directed to submit to the Court by 5:00 pm today a copy of his firm's retainer agreement with Mr. Atilla for in camera review.

All Defense counsel are requested to meet and confer prior to tomorrow's conference to coordinate their respective roles.

Dated: New York, New York
       November 20, 2017

*RMB*

**Hon. Richard M. Berman, U.S.D.J.**