

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

November 20, 2017

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17B
New York, New York 10007

                Re:   *United States v. Zarrab, et al.*, No. S4 13-cr-867 (RMB)

Dear Judge Berman:

      Pursuant to the Court's Order (ECF No. 350), we have enclosed a copy of proposed *Curcio* questions, which derive largely from *Curcio* questions previously submitted (ECF No. 235, 235-1; 262).

                        Respectfully submitted,

                        /s/    Todd Harrison

                        Todd Harrison

CC:    All parties via ECF

U.S. practice conducted through McDermott Will & Emery LLP.

**340 Madison Avenue  New York  New York 10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444   www.mwe.com**