

11/27/17

## Criminal Case Voir Dire

### United States v. Mehmet Hakan Atilla

## I  INTRODUCTION

Members of the panel, good morning and welcome to the U.S. District Court for the Southern District of New York. I am Judge Richard M. Berman and this is my Law Clerk Christine Murray. If there is anyone who cannot hear me, please raise your hand.

I thank you for being here. Your presence reflects your commitment to your civic responsibilities, despite some inconvenience I know jury service may cause some of you. Jury service, however, is one of the most important duties of a citizen. Our system of justice depends on you and I, like all of my fellow judges and the parties in this case, are grateful to you for your sacrifice.

The pending case is a criminal (as opposed to a civil) action. I anticipate the trial to last approximately three to four weeks. However, unexpected events can always occur in a trial and there is the possibility that the presentation of evidence and jury deliberations might spill over a day or two. In terms of the actual trial schedule, I anticipate conducting the trial between 9:15 am to 12:45 pm and 2:15 pm to 4:45 pm each weekday beginning on Monday November 27, 2017. There would be no trial conducted between December 25, 2017 and January 3, 2018 in the event that the trial had not concluded by December 22, 2017.

After the case is presented, I will instruct or "charge" the jury on the law that applies to this case. The jury will then retire to the jury room to deliberate, and the deliberations can take as much time or as little time as you think appropriate.

Your duty for those selected as jurors will be to act as the determiners of the facts. As I just indicated, I am the determiner of the law and will instruct the jury on the law.

You are here this morning to start the proceedings by helping me to select a jury. The vital function of jurors in the U.S. system of justice is to accord parties in a litigation a **fair trial**. **To do so, jurors must be free from any preconceived notions or any sympathies to one side or the other or prejudices that might prevent them from returning a fair and just verdict based solely on the evidence.** In order to give the parties in this action comfort that you do not have anything in your background (which may, for example, include information posted or blogged on social networks such as Facebook, MySpace, Twitter, Instagram, Snapchat, Vines etc., in addition to your oral answers to my questions) that might improperly affect you as a juror in this case, I will be asking certain questions of you.

Although some of my questions may appear personal, the purpose of the questioning is not to embarrass you but simply to develop enough information to determine whether you will sit as a juror in this particular case. **If your response to any of my questions is personal in nature, you**

may ask to approach the bench at "sidebar" to respond privately.

After I ask my questions, some of you may be excused "for cause." That means that, for a reason determined by me to be sufficient legal grounds, you are not going to sit as a juror as a matter of law in this case. An example might be that you know or are related to or are friends with one of the witnesses, parties or counsel. Others of you may later be excused "peremptorily." That means that one of the attorneys will request, as is their right under our system, to have you excused without giving any reason. As you can well imagine, responses to a few questions cannot give a thorough picture of you as a person. Being excused either for cause or peremptorily is not a reflection of you as a citizen or as a person.

## II    OATH

I will now begin asking you questions. Before I do, however, I request that you first stand up so that Christine Murray can give you the oath that you will respond **truthfully and completely** to my questions.

# [OATH IS ADMINISTERED]

## III    OUTLINE OF CASE

As I mentioned, this is a criminal case. It is entitled United States v. Mehmet Hakan Atilla. The defendant, Mr. Atilla, is a citizen of the Republic of Turkey and he is the only defendant in this trial. As you will hear, other persons have been charged with the same or similar crimes as Mr. Atilla, but they are not being tried in this case before you.

Mr. Atilla has been charged in a six count Indictment. A short summary of those counts or charges against Mr. Atilla is as follows:

Count One charges the defendant with participating in a conspiracy with others to defraud the United States by impairing and impeding the United States Department of Treasury's lawful administration of United States economic sanctions against the Islamic Republic of Iran.

Count Two charges the defendant with participating in a conspiracy with others to violate the U.S. International Emergency Economic Powers Act ("IEEPA") by providing financial services to Iran and Iranian entities, in violation of economic sanctions imposed by the United States, and by avoiding those sanctions .

Count Three charges the defendant with defrauding United States financial institutions by causing them to process financial transactions that were of benefit to Iran and Iranian entities in violation of economic sanctions imposed upon Iran by the United States.

Count Four charges the defendant with participating in a conspiracy with others to defraud United States financial institutions by engaging in the (defrauding) conduct alleged in Count Three.

Count Five charges the defendant with engaging in financial transactions from abroad but into the United States that were intended to promote the violations of IEEPA (conspiracy) alleged in Count Two, the bank fraud and bank fraud conspiracy alleged in Counts Three and Four. Count five also charges bribery of foreign officials.

Count Six charges the defendant with participating in a conspiracy with others to commit money laundering by engaging in the conduct alleged in Count Five.

Mr. Atilla denies all of the charges in the Indictment.

## IV     FOR CAUSE EXAM

### QUESTIONS RELATING TO THE PARTIES

1.  This action is being prosecuted by the United States Attorney's Office for the Southern District of New York.  The (Acting) United States Attorney for this district is Joon Kim, who will be represented in this case by Assistant United States Attorneys Michael Lockard, Sidhardha Kamaraju, David Denton and (Special) Assistant United States Attorney Dean Sovolos.  They will be assisted by Special Agent Jennifer McReynolds of the Federal Bureau of Investigation  and by Michael Chang-Friedan, a paralegal in the U.S. Attorney's Office.  I will ask them to please stand briefly and face the jurors.

2. Defendant Mehmet Hakan Atilla is represented by attorneys Victor Rocco, Thomas Thornhill and David Rosenfield, of the law firm Herrick Feinstein, LLP, and by Cathy Fleming and Robert Fettweis of the law firm of Fleming Ruvoldt PLLC; and by Todd Harrison and Joseph Evans of McDermott, Will & Emery.  I will ask them to please stand briefly and face the jurors.

**[Please mention your juror number before you speak.]**

3.  Do any of you know, know about, or have you had any dealings, personal or business, with any of these parties, entities or their counsel?

4. Do any of you know, know about, or have you had any dealings, personal or business, with any relatives or associates of the parties, entities or their attorneys?

### QUESTIONS RELATING TO WITNESSES

I will be mentioning names of (and handing out a ten page list of) potential witnesses in this case and names that may come up during trial.  I will indicate their place of employment or their county or country of residence.  My mentioning of a name, however, imposes no burden or obligation on either side in this case (i.e. the Government or the defense)  to call that person as a witness.  Some of these individuals may not, in fact, testify and some names may not be mentioned. However, I will ask whether any of you know, know about or have had any dealings, or know others who have had dealings, with these people or entities.

I will also mention (physical) locations that may be discussed during the trial and will ask whether any of you know or are familiar with these locations.   The locations will also be on the handout.

Please take your time and review the list of names and locations.

PLEASE REVIEW ATTACHED LIST OF NAMES WHO MAY BE WITNESSES OR WHOSE NAME MAY BE MENTIONED DURING TRIAL AND LOCATIONS.

1. Do any of you know, know about, or have you had any personal or business dealings with any of the named individuals?

2. Do you know, know about, or have you had any dealings with any relatives or associates of the named individuals?

Please review the list of locations and/or entities that may be mentioned during the trial.

1. Do you know or are you familiar with any of the locations and/or entities mentioned?  By the way, even if you answer "yes" to any of my questions there will always be a follow up question.  **That is, would your "yes" answer affect your ability to render a fair and impartial verdict in this case?**

## QUESTIONS RELATING TO NATURE OF THE CASE

1. Because this is a criminal case, the government has the burden of proving its case beyond a reasonable doubt.  The burden never shifts to the defendant.  He is presumed innocent and cannot be convicted unless and until the jury decides that his guilt has been proved beyond a reasonable doubt.  Would any of you not be able to follow this rule about innocent until proven guilty and proof beyond a reasonable doubt?

2. Do you, or any members of your family or close friends work for: (1) any Federal  or state law enforcement agency, including the Federal Bureau of Investigation (FBI), the New York Joint Terrorism Task Force, the U.S. Department of Homeland Security, the Bureau of Immigration and Customs Enforcement (ICE), the U.S. Department of Treasury Office of Foreign Assets Control ("OFAC"), the U.S. Department of State; or (2) any other government agency or body?  **Do you have any opinions as a  result of this employment that would impair your ability to be fair and impartial to both sides in this case**?

3.  Are you (already) familiar with this case?  Such that you would be unable to render a fair and impartial verdict in this case?

4. Do you, or any members of your family or close friends have any opinions about or experience with economic sanctions instituted by the United States against Iran and/or Iranian entities?  Such that you would be unable to render a fair and impartial verdict?

5. Do you, or any members of your family or close friends have any experiences (including employment or otherwise) with bank fraud?  Such that you would be unable to render a fair and impartial verdict?

6. Are you, or any members of your family or close friends employed as investment bankers or by an international bank? Such that you would be unable to render a fair and impartial verdict?

7. Do you, or any members of your family or close friends have any familiarity or experiences with money laundering? Such that you would be unable to render a fair and impartial verdict?

8. Do you have any strongly held opinions about people of the Muslim faith or any other faith? Positive or negative. Such that you would be unable to render a fair and impartial verdict?

9. Do you have strongly held opinions about people from Turkey or from Iran? Positive or negative. Such that you would be unable to render a fair and impartial verdict?

10. I will instruct you, if you become a juror, going forward not to read about the case in the newspapers and not to follow other media accounts of the case (including online, on tv and cable tv, etc.) and not to discuss the case with others. So that you can decide the case solely on the basis of the evidence presented here in the courtroom. Would any of you not be able to follow this instruction?

11. Would any of you not be able to set aside your personal opinions or views and assess this case and render a verdict based solely on the evidence presented in Court, and in accordance with the law as explained by the Judge?

## GENERAL QUESTIONS

1. Do any of you have any religious, moral or ethical beliefs which would prevent you from passing judgment (guilt or innocence) on another person?

2. Do any of you have any physical or personal problems that would absolutely prevent you from serving in this case possibly into the latter part of December but before the holidays? **I am not referring to mere inconvenience.**

3. Do any of you have any difficulty with your sight or hearing that could affect your perception of the proceedings? Including translations from foreign languages to English.

4. Do any of you speak or understand Turkish?

5. Are you taking any medication that would prevent you from giving your full attention to all of the evidence at trial?

6. Do any of you have any difficulty understanding or reading the English language?

7. Under the law, the facts of this case are for the jury to determine and the law is for the Court to determine. The two areas are separate and distinct. At the end of the case, as I mentioned, I will instruct the jury on the law, through what are called "jury charges", and jurors are required to

accept the law and apply it as it is explained to you. It will be your job to determine the facts and assess them under my explanation of the law. Do any of you feel that you would not be able to apply the law as I explain it? Even if, for any reason, you disagree with the law as I explain it, do any of you feel that you would not be able to apply the relevant law?

### [DISCUSS FOR CAUSE CHALLENGES WITH COUNSEL ON THE RECORD IF THIS HAS NOT ALREADY OCCURRED]

### V   FILLING THE BOX

#### PEREMPTORY CHALLENGE EXAM

A certain number of you will be selected at random to sit in the jury box right now and I will be asking those of you in the box to respond to certain **additional** questions. Even those of you who are not selected right now should remain seated and listen very carefully to these questions because you may later be asked to come to the jury box and be asked these questions. Please circle on the piece of paper you are being handed, any questions, by number, that you would have answered "yes". This will save all of us time if you are later called up.

[PLEASE HAND OUT PEREMPTORY CHALLENGE QUESTIONNAIRE AND FILL THE BOX WITH 36 PEOPLE ].

#### PEREMPTORY CHALLENGE QUESTIONS

Please state your full name.

1. Have any of you ever sat as a juror before in any type of case? If so, please state whether the case was in state or federal court, whether it was a civil or criminal matter, and, without stating what your verdict was, whether a verdict was reached.

2. Have any of you ever served as a grand juror?

3. Have you or any member of your family or any close friends ever appeared as a witness at either a deposition, trial or a grand jury investigation? If so, what was the case about?

4. Have you or any member of your family or any close friends ever been a plaintiff or a defendant in a state or federal court case, whether criminal or civil? If so, what kind of case? And, what did it involve?

**If you answer yes to 1, 2, 3 or 4 above, is there something about that experience that would prevent you from acting as a fair and impartial juror in this case?**

5. What is your County of residence?

6. What level of school did you reach?

7. What is your occupation and title and how long have you been at your current position? If retired, what did you do before?

8. Are there other members of your household?

9. What do they do [occupation]? If retired, what did they do before?

10. What type of magazines, newspapers and books do you read? What kind of television shows do you watch?

11. What do you like to do in your spare time?

12. **Is there anything in your personal history or life experience -- whether I have asked specifically about it or not -- that would affect your ability to render a fair and impartial verdict in this case?**

## VI  CONFERENCES

From time to time during the trial it may become necessary for me to talk with the lawyers out of the hearing of the jury, either by having a conference near (at the side of) the bench when the jury is present in the courtroom, or by calling a recess. I prefer not to have many sidebars, if possible. Please understand that while you are waiting we are working. The purpose of any conference outside your hearing/viewing is not to keep relevant information from you, but to decide certain procedural issues or how certain evidence is to be treated under the rules of evidence and to avoid confusion and error. Right now, we will be going to the Robing Room (which is my office behind the Courtroom) to discuss the peremptory challenges that counsel may have.

I will, of course, do what I can to keep the number and length of conferences to a minimum. I may not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of any attorney or of the case or of what your verdict should be.

[EXCUSE CHALLENGED JURORS]

## VII  OATH TO JURORS

## VIII  PRELIMINARY CRIMINAL INSTRUCTIONS

## IX  OPENING STATEMENTS

## X  PRESENTATION OF CASE

7

| Last | First | |
|------|-------|---|
| Afacan | Funda | BGC Partners employee (Istanbul) |
| Aghazadeh | Behrooz | Iranian businessman |
| Ahmadinejad | Mahmoud | Former President of Iran |
| Ahmed | Firdaus | Dubai businessman and accountant |
| Akkaya | Halil Ibrahim | Former Turkish law enforcement |
| Aksoy | Kazim | Former Turkish law enforcement |
| Akturk | Yaser | Turkish businessman |
| Al Taher | Ali Sulaiman | Dubai businessman |
| Ala | Efkan | Former adviser to Turkish Prime Minister and former Turkish Minister of Interior |
| Alacaci | Taha Ahmet | Turkish businessman |
| Alakustekin | Selin | Former Halkbank employee |
| Alamdari | Babak | Iranian businessman |
| Albayrak | Berat | Turkish Minister of Energy and Natural Resource |
| Alipour | Bijan | Iranian businessman |
| Altinbas | Husamettin | Turkish businessman |
| Altinok | Selami | Turkish law enforcement |
| Altunyaldiz | Ziya | Dubai businesswoman |
| Alware | Shadab | Dubai businessman |
| Amiamgoggian | Miandapci Aresh | Iranian-Dubai businessman |
| Anello | Robert | Attorney for Reza Zarrab |
| Aslan | Fatma | Wife of Suleyman Aslan |
| Aslan | Suleyman | Former General Manager of Halkbank |
| Atasay | Murat | Friend of Hakan Atilla |
| Atilla | Mehmet Hakan | Defendant |
| Atwater | James | FBI Agent |
| Aydenir | Ekrem | Turkish prosecutor |
| Aydin | Elif | Halkbank employee |
| Aydogan | Hakkan | Halkbank Employee |
| Babacan | Ali | Former Turkish Deputy Prime Minister |
| Badalov | Vidali | Azerbaijani businessman |

1

| | | |
|---|---|---|
| Bagis | Egemen | Former Turkish Minister for EU Affairs |
| Bahmani | Mahmoud | Former Governor of the Central Bank of Iran |
| Balkan | Levent | Former Halkbank Employee |
| Bardacki | Fatih | Halkbank Employee |
| Bayar | Ruchan | Turkish businessman |
| Bayraktar | Hakan | Turkish businessman |
| Bayraktar | Umut | Turkish businessman |
| Bazargan | Farzad | Iranian businessman |
| Berk | Sabri | Iranian businessman |
| Brafman | Benjamin | Attorney for Reza Zarrab |
| Brummond | David | Former Senior Sanctions Advisor at OFAC |
| Bulut | Bulent | FBI Linguist |
| Caglayan | Salih Kaan | Son of Mehmet Zafer Caglayan |
| Caglayan | Mehmet Senol | Brother of Mehmet Zafer Caglayan |
| Caglayan | Mehmet Zafer | Former Turkish Minister of the Economy |
| Canıtez | Osman Zeki | Former auditor at Turkey's Banking Regulatory and Supervisory Intuition (BDDK) |
| Cesurturk | Murat | Turkish businessman |
| Cetinkaya | Murat | CEO, Istanbul Stock Exchange (Istanbul) |
| Cohen | David | Former U.S. Treasury official and former Deputy Director of the CIA |
| Deniz | Nesteren Zarei | Turkish-Iranian businesswoman |
| Denk | Benjamin | FBI Agent |
| Dubowitz | Mark | CEO of the Foundation for  Defense of Democracies |
| Dundar | Can | Turkish Journalist |
| Eker | Ozgur | Turkish banking official |
| Erdogan | Bilal | Son of Recep Tayyip Erdogan |
| Erdogan | Recep Tayyip | President of Turkey |
| Eroglu | Emir | Turkish businessman |
| Fadillioglu | Serdar | Halkbank employee |
| Fathe Razi | Amir | Iranian businessman |
| Friehdham | Robert Bonte | Friend of Hakan Atilla (UK) |
| Geissler | Scott | FBI Agent |

| Geist | Scott | FBI Agent |
|---|---|---|
| Gelgec | Adem | Turkish businessman |
| Ghalebani | Ahmad | Former Managing Director of the National Iranian Oil Company |
| Ghasemi | Rostam | Former Iranian Minister of Petroleum |
| Giuliani | Rudolph | Former Mayor of New York City |
| Glaser | Daniel | Former U.S. Treasury Department official |
| Gülen | Fethullah | Founder of Gülenist Movement (Turkey) |
| Guler | Baris | Son of Muammer Guler |
| Guler | Fatih | Halkbank employee |
| Guler | Muammer | Former Turkish Minister of the Interior |
| Gundes | Ebru | Turkish pop star, wife of Reza Zarrab |
| Happani | Abdullah | Turkish businessman |
| Happani | Bilal | Turkish businessman |
| Happani | Cemellatin | Turkish businessman |
| Happani | Erol | Turkish businessman |
| Happani | Mehmet | Turkish businessman |
| Happani | Turgut | Turkish businessman |
| Hayyam | Emin | Turkish businessman |
| Hong | Will | Chinese businesswoman |
| Inal | Mustafa Dogan | Turkish attorney |
| Ince | Orhan | Former Turkish law enforcement official |
| Iqbal | Mohammad Asim | Dubai businessman |
| Isikgun | Irfan | Turkish businessman |
| Jafari | Mohammad | Iranian-Dubai businessman |
| Jamshidy | Kamelia | Turkish businesswoman |
| Jamshidy | Kasra | Turkish businessman, brother of Kamelia Jamshidy |
| Jashnsaz | Seifollah | Chairman of Naftiran Intertrade Company |
| Kalban | Emre | Turkish businessman |
| Kaplan | Servet | Turkish customs agent |
| Kara | Celal | Former Turkish prosecutor |
| Karakurdu | Vefa | Turkish law enforcement |

3

| Karaman | Ozgur | Halkbank employee |
|---|---|---|
| Kaya | Onur | Former assistant to Mehmet Zafer Caglayan |
| Kaynar | Mustafa Behcet | Former assistant to Mehmet Zafer Caglayan |
| Kazakos | Georges | Friend of Hakan Atilla (Greece) |
| Kazia | Shakeeb | Dubai businessman |
| Khamenei | Ayatollah Ali | Supreme Leader of Iran |
| Kilinc | Ebru Atamar | Friend of Hakan Atilla (Turkey) |
| Kirschenbaum | Joshua | Former U.S. Treasury Department official |
| Koc | Salih | Officer at Turkish charitable foundation |
| Kocabas | Mehtap Erkut | Halkbank employee |
| Korkmaz | Huseyin | Former Turkish Police Officer |
| Korkmaz | Muacet | Turkish customs agent |
| Korkmaz | Zafer | Friend of Hakan Atilla (Turkey) |
| Kovanci | Umut | Friend of Hakan Atilla (Turkey) |
| Kul | Murat | Friend of Hakan Atilla |
| Levey | Stuart | Former U.S. Treasury Department official |
| Lieberman | Michael | Former U.S. Treasury Department official |
| Mammadov | Ahmad | Azerbaijani businessman |
| Mammadov | Shalil | Azerbaijani businessman |
| McReynolds | Jennifer | FBI Agent |
| Mehdizadeh | Imam | Iranian businessman |
| Mukasey | Michael | Former U.S. Attorney General |
| Najafzadeh | Hossein | Bank Mellat official |
| Najafzadeh | Soheil | Son of Hossein Najafzadeh |
| Najafzadeh | Soroush | Son of Hossein Najafzadeh |
| Nazman | Arzun | Turkish law enforcement |
| Nenemoglu | Abdurrahman | Turkish businessman |
| Nikousokhan | Mahmoud | Finance Director of National Iranian Oil Company |
| Okumus | Aykut | Turkish businessman |
| Okur | Nurullah | Friend of Hakan Atilla (Turkey) |
| Okuran | Husnu | Former Goldman Sachs / Deutsche Bank employee (Istanbul) |

| | | |
|---|---|---|
| Olangian | Reza | Resident of Metropolitan Correction Center |
| Oz | Zekeriya | Former Turkish prosecutor |
| Ozbek | Abdurrahman | Halkbank employee |
| Ozcelik | Oner | Assistant Professor, Indiana University |
| Ozcil | Yucel | Turkish businessman |
| Ozdemir | Ozgur | Turkish businessman |
| Ozis | Ahmet Murat | Turkish businessman |
| Ozkok | Suleyman | Friend of Hakan Atilla (Turkey) |
| Oztabak | Elvan | Halkbank employee |
| Peri | Robert | Citibank officer |
| Pouransari | Hashem | Naftiran Intertrade Company Official |
| Pourdara | Javad | Dubai businessman |
| Rajaeieh | Mohammad Reza | Bank Sarmayeh Official |
| Rastgarshishegh | Mohammadsadegh | Turkish businessman |
| Ricciardone, Jr. | Francis J. | US Ambassador to the Republic of Turkey, 2011-2014 |
| Rona | Gokhan | Turkish businessman |
| Saeid | Jafar | Dubai businessman |
| Sardarlou | Mohammed | Iranian-Dubai businessman |
| Sari | Binnur | Halkbank  employee |
| Sargin | Turker | Turkish businessman |
| Saygili | Yakoub | Former Turkish law enforcement |
| Schanzer | Jonathan | Senior Vice President of Foundation for Defense of Democracies |
| Simsek | Mehmet | Turkish Minister of Finance |
| Sirali | Hakan | Turkish law enforcement |
| Sloan | Douglas | Deutsche Bank official |
| Szubin | Adam | Former Director of the Office of Foreign Assets Control |
| Taheri | Gita | Royal companies employee |
| Tamimi | Ahad Khabbaz | Turkish businessman |
| Tamimi | Behram | Turkish businessman |
| Tamimi | Shahram | Turkish businessman |
| Taskesenlioglu | Ali Fuat | Former General Manager of Halkbank |

5

| Taymaz | Seyit Ahmet | Halkbank employee |
| Tessler | David | Former U.S. Treasury Department official |
| Topcu | Yasin | Former Turkish law enforcement |
| Tringale | Robert | FBI Agent |
| Tuner | Hikmet | Employee of Baris Guler |
| Tuzuner | Sumeyra | Turkish translator |
| Uner | Mehmet Akif | Former Turkish law enforcement |
| Urel | Aykut | Halkbank employee |
| Uzunkaya | Veysi | Turkish provincial director of commerce |
| Yagci | Olcay | Friend of Hakan Atilla |
| Yazdi | Lavida | Royal companies employee |
| Yildirim | Seyda | Turkish Attorney |
| Yildiz | Selami | Turkish law enforcement |
| Yilmaz | Afife Muge | Halkbank employee |
| Yilmaz | Turhan | Turkish businessman |
| Yuksel | Mete | TEB Investment employee (Istanbul) |
| Zanjani | Babak | Iranian businessman |
| Zarei | Habibollah | Turkish-Iranian businessman |
| Zarrab | Hossain | Father of Reza Zarrab |
| Zarrab | Mohammad | Alleged co-conspirator |
| Zarrab | Reza | Alleged co-conspirator |

| Companies | Description |
| --- | --- |
| Ables (Tianjin) International Trading Co., Ltd. | Chinese trading company |
| Aktif Yatirim Bankasi A.S. a/k/a "Aktif Bank" | Turkish bank |
| Al Hilal Exchange | Dubai exchange house |
| Al Nafees Exchange LLC | Dubai exchange house |
| Al Rostamani International Exchange | Dubai exchange house |
| Al Salam Exchange Centre | Dubai exchange house |
| Al-Fida General Trading  a/k/a Al-Fida International General Trading | Dubai exchange house |

| | |
|---|---|
| Al-Hilal Exchange | Dubai exchange house |
| Anvil International Trading Company LLC | Dubai trading company |
| Are Havacilik AS | Turkish business |
| Asi Kiymetli Madenler Turizm Otom | Turkish business |
| Atlantis Capital General Trading LLC | Dubai trading company |
| Azza Computers | Dubai business |
| Bank Keshavarzi Iran | Iranian bank |
| Bank Mellat Iran | Iranian bank |
| Bank Melli Iran | Iranian bank |
| Bank of America, N.A. | American bank |
| Bank of New York Mellon, N.A. | American bank |
| Bank Parsian Iran | Iranian bank |
| Bank Pasargad Iran | Iranian bank |
| Bank Saderat Iran | Iranian bank |
| Bank Sarmayeh Iran | Iranian bank |
| Bella Insaat Turizm | Turkish business |
| Bella Investments Co LLC | Dubai business |
| Bin Sabt Jewellery LLC | Dubai trading company |
| Bunge Limited | International agribusiness |
| Cameron Denizcilik Kiymetli Madenler | Turkish business |
| Cargill | International agribusiness |
| Cemre Kiymetli Mad Turz Oto Gida | Turkish business |
| Central Bank of Iran a/k/a "Bank Markazi Jomhouri Islami Iran" | Iranian central bank |
| Central Bank of the UAE | United Arab Emirates central bank |
| Centrica General Trading | Dubai trading company |
| Cihan Kiymetli Madenler San Ve Dis Tic LTD STI | Turkish company |
| Citibank, N.A. | American bank |
| Credit Institution for Development | Iranian bank |
| Deutsche Bank North Americas N.A. | Bank |
| Durak Doviz Ve Kimyetli Madenler Ticaret AS | Turkish exchange house |
| Duru Doviz Ve Kiymetli Madenler Ticaret Anonim Sirketi | Turkish exchange house |

7

| | |
|---|---|
| ECB Kuyumculuk Ic Vedis Sana Ticaret Ltd Sirketi | Turkish business |
| Economy Investment Co. LLC | Dubai business |
| Emin General Trading LLC | Dubai trading company |
| Emin Kiymetli Madenler Turizm Otomo | Turkish business |
| Fadaei General Trading | Dubai business |
| First Islamic Investment Group | Maylasian bank |
| Foolad Kaveh Tikmeh Dash Steel  a/k/a Kaveh Tiikme Dash Steel | Iranian business |
| Foundation for the Defense of Democracies | American not-for-profit organization |
| Hanedan General Trading LLC | Dubai trading company |
| Hicran General Trading LLC | Dubai trading company |
| Hicran Insaat Turizm Otomotiv Kuyumculuk Sanayi Ve Ticaret Ltd | Turkish business |
| Hicran Kuyumculuk a/k/a Hicran Jewelry | Turkish business |
| Hizballah | Foreign terrorist organization |
| HK Intertrade Company | Hong Kong business |
| HSBC Bank USA, N.A. | American bank |
| Ilsam Dis Tic. Danismanlik Sanayi Insaat ve Taahhut Ltd Sti | Turkish business |
| Inci Kuyumculuk Sanayi Ve Dis Ticaret A.S. | Turkish business |
| International Safe Oil | Malaysian oil company |
| Islamic Revolutionary Guard Corp | Iranian military unit |
| Islamic Revolutionary Guard Corp - Qods Force | Iranian military unit |
| Izmit (Tianjin) International Trading Co., Ltd. | Chinese trading company |
| JPMorgan Chase Bank, N.A. | American bank |
| Kağan İthalat Ve İhracat San Ve Dis Tic LTD STI | Turkish business |
| Kapital Kiymetli Madenler San Ve Dis Tic LTD STI | Turkish business |
| Kazia International Limited | Dubai business |
| Kont Investment Bank | Tajikistan bank |
| Kont Kosmetic | Turkish business |
| Kuzey Kiymetli Madenler Sn. Tic. Sti | Turkish business |
| Lord Metal Ithalat Ihracat Sanayi Ticaret | Turkish business |
| Mahan Airlines | Iranian airline |
| Marigold Exchange | Dubai exchange house |

| | |
|---|---|
| Marun Petrochemical | Iranian oil company |
| Master Sara Turizim Import and Export | Dubai business |
| Mellat Exchange | Iranian exchange house |
| Mesrkanloo Exchange | Iranian exchange house |
| MND (Tianjin) International Trading Co., Ltd. | Chinese trading company |
| Mumtaz Kuyumculuk a/k/a Mumtaz Jewelry | Turkish business |
| Nadir Gold | Turkish business |
| Naft Iran Intertrade Company a/k/a NICO a/k/a Naftiran | UK business |
| National Iranian Gas Company | Iranian state-owned gas company |
| National Iranian Oil Company | Iranian state-owned oil company |
| Ocean Development Company LLC | Dubai business |
| Omanye Gold Mining Limited | Ghana business |
| Osteon General Trading LLC | Dubai business |
| Pacific Lilly FZE (UAE) | Dubai business |
| Pirlanta Kiymetli Madenler San Ve Dis Tic STD STI | Turkish business |
| Rana Plastic Utensils Manufacturers LLC | Dubai business |
| Rona Dovis ve Kiymetli Maden Ticareti AS | Turkish business |
| Royal Denizcilik Ve Endustriyei Mak | Turkish business |
| Royal Emerald General Trading | Dubai business |
| Royal Emerald I | Dubai business |
| Royal Emerald Investments, LLC | Dubai business |
| Royal Equestrian | Turkish business |
| Royal Holdings, A.S. | Turkish business |
| Royal Mobilya Dekorasyon SAN. TIC. LTD STI | Turkish business |
| Sacem Exchamge a/k/a Sagem Exchange a/k/a Sajem Exchange | Dubai exchange house |
| Safir Altin Ticaret Ithalatve Ihracat Limited Sikreti | Turkish business |
| Sarkuysan | Turkish business |
| Sarmeye Exchange a/k/a "Sarmayeh Exchange" | Iranian exchange house |
| Sorinet Commercial Trust Bankers a/k/a SCT Bankers | Dubai business |
| Sepanta International FZE | Dubai business |
| Simay Altin Ticaret Ithalat Ve Ithracat Ltd. | Turkish business |

| | |
|---|---|
| Sina Gold | Dubai business |
| Standard Chartered Bank | American bank |
| Swift International & Development Co. Ltd. | Dubai business |
| Tasbasi Doviz Ve Kiymetli Madenler Ticareti AS | Turkish business |
| Tianjian Cuynet International Trading Co., Ltd., | Chinese trading company |
| Togem-der Foundation | Turkish not-for-profit |
| Toseh Tejarat Paydar Qeshm | Iranian business |
| Toseh Tejarat Sarmayeh Padyar Qeshm | Iranian business |
| Trabzon (Tianjin) International Trading Co. Ltd | Chinese trading company |
| Transguard | Dubai transport company |
| Turgev Foundation | Turkish not-for-profit |
| Turkiye Halk Bankasi A.S. a/k/a "Halkbank" | Turkish bank |
| Türkiye Sima General Trading | Turkish business |
| Turkmengaz Dowlet Konserni | Turkmenistan state-owned gas company |
| UBS Bank, N.A. | Bank |
| Volgam Kuyumculuk ve Kiymetli Madenler Dis Tic LTD a/k/a "Volgam Gida" | Turkish business |
| Wanoos General Trading Co. | Dubai trading company |
| Wells Fargo, N.A. | American bank |
| Ziraat Bankasi a/k/a "Ziraat Bank" | Turkish bank |

**Places**

Conrad Hotel, Istanbul, Turkey
Dubai, United Arab Emirates
Islamic Republic of Iran
Orient Bazaar, Istanbul, Turkey
Republic of Turkey
Trump Towers, Istanbul, Turkey