USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                            Government,

              -against-

MEHMET HAKAN ATILLA,
                            Defendant.
-------------------------------------------------------------X

15 CR.867 (RMB)

**ORDER**

The Court is directing that both the Defense and Government letters of December 4, 2017 be placed on the public docket. It is always best to have both sides of the story before drawing conclusions. This is especially true, where, as here, the disputed materials are not subject to Brady v. Maryland, 373 U.S. 83 (1963). They may be used for impeachment.

Dated: New York, New York
       December 5, 2017

                                                      RMB
                                       **Hon. Richard M. Berman, U.S.D.J.**