**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> -against- <br><br> TÜRKİYE HALK BANKASI A.S., <br> a/k/a "Halkbank," <br><br> Defendant. | 15 Cr. 867 (RMB) <br><br> **ORDER** |

The Court respectfully requests that the parties appear for a status conference on Tuesday, January 27, 2026 at 11:00 AM in Courtroom 17B.

Date: December 22, 2025
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.