UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TÜRKIYE HALK BANKASI A.Ş.,<br><br>Defendant. | No. S6 15 Cr. 867 (RMB)<br><br>**NOTICE OF APPEARANCE** |

     Please take notice that the undersigned, Nicholas J. Lewin, Esq., of the law firm KKL LLP, hereby enters his appearance as counsel for Türkiye Halk Bankasi, A.Ş. in the above-captioned case. I certify that I am admitted to practice in this Court.

Dated: December 22, 2025

Respectfully submitted,

Nicholas J. Lewin
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9559
nick.lewin@kklllp.com