UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,      :    15 Cr. 867 (RMB)

- against -                          :    **ORDER**

TURKIYE HALK BANKASI A.S.,

                Defendant.
-----------------------------------------------------------------x

The status conference scheduled for Tuesday, January 27 at 11:00 A.M. has been adjourned.

Dated: January 27, 2026
       New York, NY

                                                                  _____
                                                                      RICHARD M. BERMAN
                                                                          U.S.D.J.