UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,      :     15 Cr. 867 (RMB)
                                          :
    - against -                        :     **ORDER**
                                          :
                                          :
TURKIYE HALK BANKASI A.S.,                :
                                          :
                Defendant.       :
-------------------------------------------------------------x

       The status conference previously scheduled for February 24, 2026 at 11:30 A.M has been adjourned to March 3, 2026 at 9:30 A.M.

Dated: February 24, 2026
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.