UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,            15 Cr. 867 (RMB)

   - against -                      **ORDER**

TURKIYE HALK BANKASI A.S.,

                Defendant.
-----------------------------------------------------------x

      The conference previously scheduled for March 3, 2026 at 9:30 A.M. has been adjourned to March 11, 2026 at 9:00 A.M. at the parties' request.

Dated: March 3, 2026
      New York, NY

                                                _____
                                                **RICHARD M. BERMAN**
                                                      U.S.D.J.