UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Master File No. 1:15-cr-00867-RMB |
| Government | |
| -against- | |
| TURKIYE HALK BANKASI A.S., | |
| Defendant. | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Joseph B. Evans respectfully requests that the Court direct the Clerk of Court to terminate his appearance as counsel for Mehmet Hakan Atilla in this action and all related cases.

Mehmet Hakan Atilla will continue to be represented through their attorneys, and all future correspondence and papers in this action should continue to be directed to them.

March  5, 2026
New York, New York

Respectfully submitted,

McDERMOTT WILL & SCHULTE LLP

By: _____

Joseph B. Evans
jbevans@mcdermottlaw.com
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5767
Facsimile: (646) 417-7672

*Counsel for Mehmet Hakan Atilla*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

Joseph B. Evans
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5767
jbevans@mcdermottlaw.com