UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TURKIYE HALK BANKASI A.S.,
                                    Defendant.

15 Cr. 867 (RMB)

**ORDER**

The Court excludes time under the Speedy Trial Act for 90 days until Wednesday, June 10, 2026 at 9:30 A.M. See 18 U.S.C. § 3161(h)(2).

Date:  March 12, 2026
New York, New York

*RMB*
RICHARD M. BERMAN, U.S.D.J.