

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

March 13, 2026

<u>By ECF</u>

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York

   **Re:** *United States v. Türkiye Halk Bankasi, A.S.,*
     **S6 15 Cr. 867 (RMB)**

Dear Judge Berman:

   Pursuant to the Court's instruction made during the March 11, 2026 status conference, we write respectfully on behalf of the parties jointly to notify the Court, that, upon mutual agreement of the parties, Ernst Young ("EY") has been retained by Türkiye Halk Bankası A.Ş. to conduct the review described in Paragraph 1 of the Deferred Prosecution Agreement.

          Respectfully submitted,
          KKL LLP

     By: _____
          Nicholas J. Lewin

cc:  All Counsel of Record (by ECF)