**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

                      :

           Government,       :       S6 15 Cr. 867 (RMB)

                      :

     - against -            :       **ORDER**

                      :

                      :

HALKBANK,                 :

                      :

         Defendant.      :
------------------------------------------------------------x

The conference scheduled for Wednesday, June 17, 2026 at 9:00 A.M. will take place in Courtroom 17B.

Dated: June 12, 2026
      New York, NY

                                     RICHARD M. BERMAN
                                       U.S.D.J.