**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :      15 Cr. 867 (RMB)
                                             :
           - against -                       :      ORDER
                                             :
                                             :
TURKIYE HALK BANKASI A.S.,                   :
                                             :
                        Defendant.           :
------------------------------------------------------------x
```

      The Court will hold a conference on Wednesday, June 17 at 9:00 AM in courtroom 17B. The conference will center around the parties' deferred prosecution agreement, dated March 6, 2026 and the Government's motion for an order of *nolle prosequi*.

Dated:  June 15, 2026
       New York, NY

 

_____
**RICHARD M. BERMAN**
**U.S.D.J.**