**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
               Government,        :         15 Cr. 867 (RMB)
                                                   :
    - against -                                  :         **ORDER**
                                                   :
                                                   :
REZA ZARRAB,                                       :
                                                   :
              Defendant.        :
-----------------------------------------------------------x

The sentencing is scheduled for July 14, 2026 at 11:00 A.M. and will take place in Courtroom 17B.

Defense counsel submission is due June 25, 2026 at 12:00 P.M. Government submission is due July 2, 2026 at 12:00 P.M.

Dated: June 15, 2026
      New York, NY

                                     **RICHARD M. BERMAN**
                                          **U.S.D.J.**