# GIBSON DUNN

Robert Weigel
Partner
T: +1 212.351.3845
M: +1 917.573.8265
rweigel@gibsondunn.com

June 15, 2026

BY: HAND DELIVERY

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Türkiye Halk Bankasi A.S.,* S6 15 Cr. 867 (RMB) — Request to Be
       Heard on Government's Application for Order Nolle Prosequi

Dear Judge Berman,

We represent 1,121 victims and surviving family members of terrorist attacks that were carried out with Iran's critical material support who collectively hold over $10 billion in unsatisfied federal court judgments against the Islamic Republic of Iran. Each of our clients is a victim of Türkiye Halk Bankasi A.S.'s ("Halkbank") criminal conduct and notified the Government of their status in May 2021, and as such, we write in response to the Government's application for an order *nolle prosequi* to dismiss without prejudice the charges filed against Halkbank (ECF No. 767). Our clients were directly impacted by Halkbank's efforts, in concert with agents and instrumentalities of the Iranian government, to circumvent U.S. sanctions by transporting Iranian money through the United States while victims' lawsuits against Iran were pending and before judgments could be obtained and executed upon. Specifically, Halkbank directly and proximately harmed our clients by disguising billions of dollars of Iranian funds which it surreptitiously directed through the New York financial system and into accounts for the benefit of Iran, a foreign state with which this Country is currently at war. The Crime Victims' Rights Act guarantees crime victims the right to confer with the Government and the right to be informed of any deferred prosecution agreement. *See* 18 U.S.C. § 3771(a)(5), (a)(9). The Act further directs courts to ensure that crime victims are afforded those rights in proceedings involving the offense. *See id.* § 3771(b)(1). Accordingly, we respectfully request that this Court afford our clients an opportunity to be heard before acting on the government's application.

## A. Background

Among the terrorist attacks from which our clients' claims arise are the hostage taking, torture, and murder of four members of the U.S. Army in Karbala, Iraq; the bombing of the U.S. Marine barracks in Beirut, Lebanon that killed 241 U.S. servicemen; suicide bombings in Tanzania and Kenya that killed hundreds and wounded thousands more; and the bombing of a Sbarro restaurant in Jerusalem that killed 15-year-old Malka Roth and 14 others. *See generally Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48 (D.D.C. 2018); *Peterson v. Islamic Republic of Iran,*

Gibson, Dunn & Crutcher LLP
200 Park Avenue | New York, NY 10166-0193 | T: 212.351.4000 | F: 212.351.4035 | gibsondunn.com

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 2

264 F. Supp. 2d 46 (D.D.C. 2003); *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128 (D.D.C. 2011); *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 379 (D.D.C. 2015). A complete list of our clients is attached as Exhibit A. Our clients brought lawsuits in the District of Columbia and successfully obtained, based on evidence presented at bench trials, federal judgments totaling over $10 billion against the Islamic Republic of Iran for its role in providing critical material support to carry out those terrorist attacks. A list of judgments held by our clients is attached as Exhibit B. Despite possessing a gross domestic product of nearly half a trillion dollars, *see* Int'l Monetary Fund, World Economic Outlook: GDP, Current Prices (Iran), IMF DataMapper, https://bit.ly/4xvXWny (last visited June 12, 2026), Iran has not paid any portion of the judgments. To the contrary, while Iran was a defendant in our clients' lawsuits, it transferred $20 billion to Halkbank in bad faith and pursuant to a fraudulent scheme that allowed at least $1 billion of Iranian funds to be laundered through New York bank accounts in violation of U.S. sanctions. *Owens* Second Amended Complaint at ¶¶ 12–13, 139–41, *Owens et al. v. Turkiye Halk Bankasi A.S.*, No. 20 Civ. 2648 (S.D.N.Y. Aug 14, 2020) ("*Owens*"), ECF No. 46; *see* ECF No. 562 at ¶¶ 4, 64. The transfers were made with knowledge of our clients' pending lawsuits and with the intent of circumventing the resultant judgments and U.S. laws designed to capture Iranian funds. *Owens* Second Amended Complaint at ¶¶ 84–87. If Halkbank had followed the law, the Iranian funds would have been identified, blocked, and made available for attachment by judgment creditors such as our clients. *Id.* at ¶¶ 78–79, 139–41, 147–50. By working with Iran to illegally move money through the United States without detection, Halkbank directly and proximately harmed our clients by preventing them from receiving the compensation they are undeniably owed by Iran.

Our clients previously filed a lawsuit against Halkbank in the Southern District of New York seeking rescission of fraudulent conveyances and turnover of funds, under N.Y. D.C.L. § 273-a, N.Y. D.C.L. § 276, CPLR 5225, and the Terrorism Risk Insurance Act, based upon Halkbank's participation in the same fraudulent schemes set forth in the Superseding Indictment. *Compare Owens et al. v. Turkiye Halk Bankasi A.S.*, No. 20 Civ. 2648 (S.D.N.Y. Aug 14, 2020), ECF No. 46 and ECF No. 562. Under section 273-a of New York Debtor Creditor Law, transfers made by a defendant during the pendency of a lawsuit are conclusively deemed fraudulent if the transfer was made for less than fair consideration and the resulting judgment is unsatisfied. As the Superseding Indictment makes clear, Iran's transfers to Halkbank were made with an intent to deceive U.S. banks and federal regulators and thus were not made in good faith—a necessary component of fair consideration under the New York Debtor Creditor Law. *See* ECF No. 562 at ¶¶ 1, 4–6, 64. On February 16, 2021, Judge Cote conditionally dismissed the action on forum non conveniens grounds and did not reach the merits. *See Owens*, ECF No. 77 at 35. As such, Judge Cote's decision left the merits of our clients' claims intact and directed them to seek relief from the courts in Türkiye.[1] The Second Circuit affirmed Judge Cote's decision. *Owens v. Turkiye*

---

[1] Unfortunately, but not surprisingly, we have been advised both by Turkish lawyers and legal experts that it is not possible to retain qualified counsel in Türkiye willing to bring a claim as complicated, and as politically charged, as our clients' claims against Halkbank for its role in laundering $20 billion of Iranian funds through the U.S. banking system in violation of U.S. sanctions. Nevertheless, as recently confirmed by Judge Ramos in a similar action seeking to hold a foreign bank accountable for its role in laundering U.S. funds for the benefit of state sponsors of terrorism, foreign accounts such as those Iran and its agencies and instrumentalities

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 3

*Halk Bankasi A.S.*, No. 21-610-CV, 2023 WL 3184617 (2d Cir. May 2, 2023), *cert. denied*, 144 S.Ct. 551 (2024). Moreover, Halkbank's former Deputy General Manager of International Banking, Mehmet Hakan Attilla was convicted on charges relating to the same multibillion-dollar scheme to evade U.S. economic sanctions against Iran and his conviction was upheld by the Second Circuit. *United States v. Atilla*, No. 15 CR. 867 (RMB), 2018 WL 791348 (S.D.N.Y. Feb. 7, 2018), *aff'd*, 966 F.3d 118 (2d Cir. 2020). The same sanctions evasion scheme forms the basis of the Superseding Indictment against Halkbank in this proceeding, the conviction of Mr. Atilla, and our clients' claims in the Second Amended Complaint.

## B. Our Clients Are Crime Victims Under the Crime Victims' Rights Act

In light of the foregoing, on May 3, 2021 each of our clients sought recognition of their status as victims under the Crime Victims' Rights Act, 18 U.S.C. § 3771, which provides that "a person directly and proximately harmed as a result of the commission of a Federal offense," 18 U.S.C. § 3771(e)(2)(A), is entitled to "[t]he reasonable right to confer with the attorney for the Government in the case," *id.* § 3771(a)(5). In particular, a crime victim has "[t]he right to be informed in a timely manner of any plea bargain or deferred prosecution agreement." *Id.* § 3771(a)(9). The CVRA's sponsors explained that the definition is "intentionally broad . . . because all victims of crime deserve to have their rights protected, whether or not they are the victim of the count charged." 150 Cong. Rec. S4270, S10912 (statements of Sen. Kyl). Courts have interpreted the definition accordingly. *See United States v. Battista*, 575 F.3d 226, 231 (2d Cir. 2009) (definition of "victim" is "broad").[2]

The Eleventh Circuit's decision in *In re Stewart*, 552 F.3d 1285 (11th Cir. 2008), provides the appropriate framework. The court held that the CVRA "does not limit the class of crime victims to those whose identity constitutes an element of the offense or who happen to be identified in the charging document." *Id.* at 1289. Rather, "[u]nder the plain language of the statute, a party may qualify as a victim, even though it may not have been the target of the crime, as long as it suffers harm as a result of the crime's commission." *Id.* To determine whether a person is a crime victim, a court must "first . . . identif[y] the behavior constituting 'commission of a Federal offense'" and then "identif[y] the direct and proximate effects of that behavior on parties other than the United States." *Id.* at 1288. In short, "[i]f the criminal behavior causes a party direct and proximate harmful effects, the party is a victim under the CVRA." *Id.* The definition of "crime victim" also

---

maintained at Halkbank, are subject to turnover under New York law. *See Foley v. Union De Banques Arabes et Françaises*, 2026 WL 821414 (S.D.N.Y. Mar. 25, 2026).

[2] *See United States v. Ray*, 2020 WL 6939677, at *6 (S.D.N.Y. Nov. 25, 2020) ("definition of victim under the CVRA is expansive"); *United States v. Allen*, 364 F. Supp. 3d 1234, 1255 (D. Kan. 2019) ("The CVRA uses extraordinarily broad language—applying to any 'Federal offense'—and the statute gives no indication that conspiracies, or any other federal crime, is excluded from that definition."), *aff'd sub nom. United States v. Stein*, 985 F.3d 1254 (10th Cir. 2021); *United States v. Babich*, 301 F. Supp. 3d 213, 216–17 (D. Mass. 2017) (adopting "inclusive approach"); *United States v. Turner*, 367 F. Supp. 2d 319, 327 (E.D.N.Y. 2005) (same).

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 4

"encompasses the traditional but for and proximate cause analyses." *United States v. Tighe*, 2018 WL 1307949, at *5 (E.D.N.Y. Mar. 13, 2018).

Applying that framework here, our clients qualify as crime victims because Halkbank's conduct impaired their ability to collect on their judgments against Iran. The Superseding Indictment alleges that Halkbank helped conceal the Iranian nexus of restricted funds, deceived U.S. regulators and financial institutions, and moved Iranian funds through the U.S. financial system in violation of sanctions laws. *See* ECF No. 562 at ¶¶ 1, 4–6, 64. Our clients, meanwhile, hold more than $10 billion in unsatisfied judgments against Iran arising from Iran-sponsored terrorism. Because Halkbank and Iran allegedly concealed the Iranian nexus of those funds, the assets were not identified and blocked when the transfers occurred. Had those assets been blocked, they would have been available for attachment and execution by judgment creditors such as our clients. *See* Terrorism Risk Insurance Act of 2002 § 201(a), Pub. L. No. 107-297, 116 Stat. 2322, 2337 (providing that the blocked assets of a terrorist party are subject to execution or attachment in aid of execution); *Bank Markazi v. Peterson*, 578 U.S. 212, 217–18 (2016) (describing statutory provisions making Iranian blocked assets available for post-judgment execution by terrorism victims). Instead, Halkbank's alleged conduct enabled Iran to move those assets beyond the reach of the sanctions regime, depriving our clients of assets that could have been used to satisfy their judgments. That is a direct and foreseeable consequence of the charged conduct.

It is irrelevant to the victim's analysis that our clients were not mentioned in the Superseding Indictment or that the charged offenses were framed as sanctions, bank-fraud, and money-laundering offenses. The CVRA inquiry turns on whether the defendant's criminal conduct foreseeably caused the victim's loss, not whether the victim was the formal target of the offense. *See Stewart*, 552 F.3d at 1289; *Battista*, 575 F.3d at 231. In *Battista*, for example, the Second Circuit held that the NBA was "directly and proximately harmed" by a conspiracy to transmit wagering information even though it was not the immediate object of the criminal scheme. 575 F.3d at 231. Likewise, courts have recognized victim status for persons directly harmed by bank-fraud schemes even where they were not financial institutions. *See United States v. Michelson*, No. CRIM. 09-748-01 FLW, 2012 WL 1079626, at *2 (D.N.J. Mar. 30, 2012), *aff'd*, 505 F. App'x 156 (3d Cir. 2012). Our clients need not be the statutory objects of every charged count to qualify as victims under the CVRA. It is enough that Halkbank's charged scheme foreseeably deprived them of attachable Iranian assets while their judgments remained unpaid by facilitating transfers that were in violation of New York's fraudulent conveyance laws.

As crime victims, our clients are entitled to "[t]he reasonable right to confer with the attorney for the Government in the case," 18 U.S.C. § 3771(a)(5), and in particular, "[t]he right to be informed in a timely manner of any plea bargain or deferred prosecution agreement," *id.* § 3771(a)(9). The CVRA also provides victims "[t]he right to be reasonably heard at any public proceeding in the district court involving . . . sentencing, or any parole proceeding." *Id.* § 3771(a)(4). The Court, in turn, must ensure that crime victims are afforded the rights guaranteed by the CVRA. *See id.* § 3771(b)(1). Nevertheless, the Government's application seeks approval of a Deferred Prosecution Agreement and dismissal of the charges without first affording our clients the rights guaranteed by the Crime Victims' Rights Act, as our clients first requested on May 3, 2021, more than five years ago.

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 5

### C. The Government Entered into the Deferred Prosecution Agreement Without Requesting Any Input from Our Clients

We first wrote to the Government on May 3, 2021, invoking our clients' statutory rights under the CVRA and requesting an opportunity to confer. At the Government's request, we submitted a detailed letter brief on May 14, 2021, setting forth the legal basis supporting our clients' status as crime victims. We again reached out to the Government on December 8, 2021, following the Second Circuit's decision affirming this Court's ruling rejecting Halkbank's claims of sovereign immunity, requesting a meeting to exercise our clients' statutory right to confer. The Supreme Court then held on April 19, 2023 as a matter of first impression that sovereign immunity does not apply to foreign states or their instrumentalities—including Halkbank—in criminal proceedings. April 19, 2023. *Turkiye Halk Bankasi A.S. v. United States*, 598 U.S. 264, 143 S. Ct. 940, 215 L. Ed. 2d 242 (2023)

At no point did the Government notify us of any plea bargain or deferred prosecution agreement negotiations, nor did it afford our clients the opportunity to confer as the CVRA requires. It was therefore with great surprise that our clients learned—from the public docket, and without any prior notice, comment, or consultation, notwithstanding their repeated requests to the Government over the past five years—that on March 6, 2026, the Government entered into a Deferred Prosecution Agreement with Halkbank. *See* ECF No. 757.

Having watched the Government beat back Halkbank's challenges at every turn, our clients were optimistic about the possibility of a consensual resolution that rewarded the U.S. Attorney's Office's efforts, held Halkbank accountable for its misconduct—misconduct that led to the affirmed conviction of Halkbank's former Deputy General Manager of International Banking, Mehmet Hakan Attilla—and provided a meaningful recovery to victims of Iranian terrorist attacks as recompense for at least some of the billions of dollars of Iranian money that Halkbank shielded from execution in satisfaction of long-outstanding judgments. Instead, the Government entered into a Deferred Prosecution Agreement that appears not to require Halkbank to admit any criminal liability or to make any monetary payment to resolve the long-pending prosecution against it—notwithstanding a jury verdict, upheld by the Second Circuit, against the Bank's former Deputy General Manager of International Banking that confirms the Bank's violations of U.S. law. *See* ECF No. 766 at 1–2; ECF No. 767 at ¶¶ 6–9.

Public reports indicate that Halkbank previously discussed a resolution involving a $100 million payment. *See* Humeyra Pamuk & Jonathan Spicer, *Turkey Floated $100 Million Halkbank Settlement Idea at White House Last Month, Sources Say*, REUTERS (Oct. 7, 2025), https://bit.ly/3QpaFaC. Yet the current Deferred Prosecution Agreement appears to require no monetary payment. While the $100 million that Halkbank reportedly previously offered would itself be far too low given the extent of Halkbank's disregard for U.S. law and the harm that its flouting of U.S. sanctions has caused our clients, the fact that Halkbank went from offering $100 million to paying $0 cannot be reconciled with its misconduct and the harm it has caused. The proposed agreement sends a dangerous message to long-time adversary Iran and its allies that they can violate U.S. law with impunity. It also sends a signal to mendacious international banks weighing the cost-benefit calculation attendant to conspiring with enemies of the United States and enabling U.S. terrorism-sanctions violations. Surely, that is not the government's intent.

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 6

### D. Request for Relief

The Government has now filed an application for an order nolle prosequi to dismiss the charges. ECF No. 767 at ¶¶ 1, 9. Proceeding in this manner without affording our clients the rights guaranteed to them under the CVRA—including their right under § 3771(a)(9) to be informed of any deferred prosecution agreement and their right under § 3771(a)(5) to confer with the Government—cannot be squared with the statute. Halkbank's fraudulent and profitable schemes prevented our clients from collecting on their judgments and simultaneously allowed Iran to take advantage of the U.S. financial market. And yet the opportunity to hold Halkbank accountable for its actions appears to be rapidly fading away. While the Court need not evaluate the wisdom of the Government's charging decisions, the absence of notice and consultation with victims before reaching such a resolution underscores the importance of enforcing the procedural protections guaranteed by the CVRA. Accordingly, we respectfully request that this Court afford our clients—crime victims within the meaning of the CVRA—an opportunity to be heard before acting on the Government's application for an order nolle prosequi. As the statute makes clear, crime victims are entitled to confer with the Government and to be informed of any deferred prosecution agreement, and the Court must ensure that those rights are afforded. See 18 U.S.C. § 3771(a)(5), (a)(9), (b)(1). Our clients have not been afforded that opportunity despite having invoked their rights years ago. We further request that no order of dismissal be entered until our clients have had the opportunity to be heard and to confer with the Government as the CVRA requires.

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 7

Respectfully submitted,

Robert Weigel

Attachments

cc:     *Counsel for Plaintiff via Email and FedEx:*

Michael Dennis Lockard
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2193
Fax: (212) 637-2527
Email: michael.lockard@usdoj.gov

David William Denton , Jr.
Southern District of New York
1000 Navy Pentagon
Washington, DC 20350
703-692-2609
Email: david.w.denton14.civ@us.navy.mil

Dean Constantine Sovolos
U.S. Attorney's Office, Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2213
Email: dean.sovolos@usdoj.gov

Jacob Harris Gutwillig
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-2215
Email: jacob.gutwillig@usdoj.gov

# GIBSON DUNN

The Honorable Richard M. Berman

June 15, 2026
Page 8

Jonathan Rebold
U.S. Attorney's Office For The Southern District of Ne
1 Saint Andrew's Plaza
New York, NY 10007
(212)-637-2512
Email: jonathan.rebold@usdoj.gov

Kiersten Ann Fletcher
Cahill Gordon & Reindel LLP
32 Old Slip
10005
New York, NY 10005
212-701-3365
Email: kfletcher@cahill.com

*Counsel for Defendant via Email and FedEx:*

Robert M. Cary
725 Twelfth Street NW
Williams & Connolly LLP
Washington, DC 20005
202-434-5175
Fax: 202-434-5029
Email: rcary@wc.com

Andrew Chapman Hruska
King & Spalding LLP
1290 Avenue of the Americas
Ste 14th Fl.
New York, NY 10104
212-556-2278
Email: ahruska@kslaw.com

Jacob Martin Gerber
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(919)-741-0919
Email: jgerber@kslaw.com

# GIBSON DUNN

Nicholas James Lewin
K K L
350 Fifth Avenue
Suite 7710
New York, NY 10118
212-390-9559
Email: nick.lewin@KKLllp.com

Omer Er
Omer Er PLLC
745 5th Ave.
Suite 500
New York, NY 10151
646-357-1702
Email: omerer@omerer.com

Simon Latcovich
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5967
Email: slatcovich@wc.com

William Farnham Johnson
King & Spalding
1290 Avenue of the Americas
New York, NY 10104
212-556-2125
Fax: 212-556-2222
Email: wjohnson@kslaw.com

# EXHIBIT B

**Exhibit B** – Judgments Held by Clients Against Islamic Republic of Iran

| No. | Client Name |
|---|---|
| 1 | *Owens v. Republic of Sudan*, No. 01-2244, Dkt. No. 303 (D.D.C. Mar. 31, 2014) |
| 2 | *Wamai v. Republic of Sudan*, No. 08-1349, Dkt. No. 245 (D.D.C. Jul. 25, 2014) |
| 3 | *Amduso v. Republic of Sudan*, No. 08-1361, Dkt. No. 254 (D.D.C. Jul. 25, 2014) |
| 4 | *Mwila v. Islamic Republic of Iran*, No. 08-1377, Dkt. No. 91 (D.D.C. Mar. 31, 2014) |
| 5 | *Onsongo v. Republic of Sudan*, No. 08-1380, Dkt. No. 231 (D.D.C. Jul. 25, 2014) |
| 6 | *Khaliq v. Republic of Sudan*, No. 10-356, Dkt. No. 42 (D.D.C. Mar. 31, 2014) |
| 7 | *Opati v. Republic of Sudan*, No. 12-1224, Dkt. No. 44 (D.D.C. June, 18, 2014) |
| 8 | *Spencer v. Islamic Republic of Iran*, No. 12-42, Dkt. No. 51 (D.D.C. Oct. 14, 2014) |
| 9 | *Worley v. Islamic Republic of Iran*, No. 12-2069, Dkt. No. 74 (D.D.C. Apr. 18, 2016) |
| 10 | *Roth v. Islamic Republic of Iran*, No. 11-1377, Dkt. No. 43 (D.D.C. Jan. 27, 2015) |
| 11 | *Bluth v. Islamic Republic of Iran*, No. 12-250, Dkt. No. 61 (D.D.C. Aug. 25, 2016) |
| 12 | *Cohen v. Islamic Republic of Iran*, No. 12-1496, Dkt. No. 49 (D.D.C. Jul. 27, 2017) |
| 13 | *Fritz v. Islamic Republic of Iran*, No. 15-456, Dkt. No. 94 (D.D.C. Aug. 20, 2018) |

# EXHIBIT A

**Exhibit A – List of Clients Holding Judgments Against Iran**

| No. | Client Name |
|---|---|
| 1 | Joshua O. Mayunzu |
| 2 | Samuel Thomas Marcus |
| 3 | Howard Sparks |
| 4 | Nawal Al-Taie |
| 5 | Kevin Sibille |
| 6 | Elizabeth Mathew Rutaheshelwa |
| 7 | Michael James Cormier |
| 8 | Victoria Donti Mwaipape |
| 9 | Said Selemani Katimba |
| 10 | Shoshana Rosalyn Bluth |
| 11 | Emmanuel Ogoro Gwaro |
| 12 | Felogene Oyanda |
| 13 | Joseph Ingosi |
| 14 | Humpherey Aliviza |
| 15 | Audrey Maini Nasieku Pussy |
| 16 | Michael F. Pressley |
| 17 | John Ngure |
| 18 | Bret W. Reed |
| 19 | Vallen Andeyo |
| 20 | Nancy Worley |
| 21 | Jon B. Pressley |
| 22 | Rehana Malik |
| 23 | Wycliffe Okello Khabuchi |
| 24 | Danny Chism |
| 25 | William Carlson |
| 26 | Joseph Bluth |
| 27 | Estate of Roscoe Hamilton |
| 28 | Gladis Lihanda |
| 29 | Valerie Trail |
| 30 | Felix Munguti |
| 31 | Ruth Cherono Maritim |
| 32 | Shaardrack Upper |
| 33 | George Mwangi |
| 34 | Lydia Sparks |
| 35 | Jeff Rabar Oriaro |
| 36 | Badawy Itati Ali |
| 37 | Estate of Daniel P. Diaz |
| 38 | Maureen Kadi |
| 39 | Francis Joseph Kwinbere |
| 40 | Johnstone Mukabi |
| 41 | Pamela Schultz |
| 42 | Margaret Njeru Murigi |
| 43 | Joanne Natalie Awuor Oport |
| 44 | Michael Ray Sparks |

1

| No. | Client Name |
|-----|-------------|
| 45 | Joyce Mutheu |
| 46 | Joseph K. Gathungu |
| 47 | Cecilia Wayua Mwaka |
| 48 | Lukas Ndile Kimeu |
| 49 | Alison D. Maffry |
| 50 | Asha R. Mahundi |
| 51 | Isidore Opondo Adundo |
| 52 | Jerry Sword |
| 53 | Diana Valentine Katunda |
| 54 | Marc Y. Pressley |
| 55 | Sally Omondi |
| 56 | Celestine Kubai |
| 57 | Ephraim Bluth |
| 58 | Ronald Howell |
| 59 | Roselyne Karsorani |
| 60 | Donti Akili Mwaipape |
| 61 | Lorna N. Kungu |
| 62 | Alexandra Rain Cormier |
| 63 | Alice M. Hirn |
| 64 | Denis Matern |
| 65 | Ahmet Buyuk |
| 66 | Kilei Musyoka |
| 67 | Charity Kitao |
| 68 | John Sword |
| 69 | Tehsin Khaliq |
| 70 | Coronella Samuel Marcus |
| 71 | Claire Owino |
| 72 | Tabitha Kagai |
| 73 | Julius M. Nyamweno |
| 74 | Debora Moige Gwaro |
| 75 | Levis Madahana Busera |
| 76 | Edwin Kaara Magother |
| 77 | John George Mdobilu |
| 78 | Wambui E. Kungu |
| 79 | Estate of Ahmed Al-Taie |
| 80 | Estate of John Buckmaster |
| 81 | Pinchas Roth |
| 82 | Esther Njeri Ng'Ang'A |
| 83 | Estate of Victor Sibille, Jr. |
| 84 | Robert Diaz |
| 85 | Gerard Chipura |
| 86 | Polychep Odhiambo |
| 87 | Estate of Nerida Tull Baez |
| 88 | Techonia Oloo Owiti |
| 89 | Fransisca Kyalo |
| 90 | Samuel P. Rice |
| 91 | Rose Nyette |
| 92 | Gary Robert Owens |

2

| No. | Client Name |
|-----|-------------|
| 93 | Lewis Brown |
| 94 | Faith Njeri Murigi |
| 95 | Imtiaz Bedum |
| 96 | Linda Oyanda |
| 97 | Anipha Solly |
| 98 | Enoc Mathew Rutaheshelwa |
| 99 | Joseph Donti Mwaipape |
| 100 | Shabani Saidi Mtulya |
| 101 | Levina Valerian R. Minja |
| 102 | Brian Kubai |
| 103 | Cynthia Burt |
| 104 | David Worley |
| 105 | Jackson Ndngu |
| 106 | Grace Bosiberi Onsongo |
| 107 | Christantson Hiza |
| 108 | Orly Mohaber |
| 109 | Juma R. Mahundi |
| 110 | Daniel Kiongo |
| 111 | Monicah Okoba Opati |
| 112 | Estate of Kenneth Spencer, Sr. |
| 113 | Andrew Thomas Obongo |
| 114 | Cecilia Dayo |
| 115 | Irene Francis Kwinbere |
| 116 | Belinda Rice |
| 117 | Priscah Owino |
| 118 | Ronit Mohabber |
| 119 | Selina Gaudens |
| 120 | Arieh Yahuda Bluth |
| 121 | Miriam Muthoni |
| 122 | Irene Khasande |
| 123 | Amy Cogswell |
| 124 | Julita A. Qualicio |
| 125 | Denis Kinyua |
| 126 | Harriet Chore |
| 127 | Samuel Odhiambo |
| 128 | Marsha Novak |
| 129 | Penny Nelson |
| 130 | Maryann Njokie |
| 131 | Violet Tibruss Minja |
| 132 | Daniel Carlson |
| 133 | Angelina Mathew Rutaheshelwa |
| 134 | Joyce Thadei Lokoa |
| 135 | Peninah Akwale Mucii |
| 136 | Bernard Macharia |
| 137 | Dickson Ulleta Lihanda |
| 138 | Ronny Brown |
| 139 | Eddie kiburu |
| 140 | Frimet Roth |

3

| No. | Client Name |
|---|---|
| 141 | Todd Rice |
| 142 | Stephen Jonathan Omandi |
| 143 | Ally R. Mahundi |
| 144 | Florence Musalia |
| 145 | Rivka Roth Rappaport |
| 146 | Anne Wasonga Adundo |
| 147 | Arley Buckmaster |
| 148 | Patricia Feore |
| 149 | Shokat Sadian |
| 150 | Peter Kinyanjui |
| 151 | Salome Ratemo |
| 152 | Frank Pressley, Sr |
| 153 | Michael Kamau Mwangi |
| 154 | Ralph Edwards |
| 155 | Omar Zuberi Omar |
| 156 | Edwine Valentine Mathe Katunda |
| 157 | Joseph Farahat Abdallah |
| 158 | Dixon Olubinzo Indiya |
| 159 | Sedrick Jerome Keith Nair |
| 160 | Elisha Donti Mwaipape |
| 161 | Estate of Verian Sibille |
| 162 | Barbara Wothaya Olao |
| 163 | Alice Jerop Maritim |
| 164 | Jospeh Kambo |
| 165 | Caroline S. Maffrey |
| 166 | Edgar Kiplino Martin |
| 167 | Abraham Bluth |
| 168 | Veidiana Valentine Katunda |
| 169 | Beatrice Atinga |
| 170 | Kevin Ratemo |
| 171 | Sani Benjamin Franci Kwinbere |
| 172 | Edward G. Kungu |
| 173 | Wendy Kagai |
| 174 | Estate of Virginia Ellison |
| 175 | Andrew Nhuli Makau |
| 176 | Anne Wambui Ng'Ang'A |
| 177 | Steve Marungi Karigi |
| 178 | Norman Kagai |
| 179 | Christopher Ndiritu |
| 180 | Tabitha Carter |
| 181 | Russell C. Falter |
| 182 | Elizabeth Nzaku |
| 183 | Mwajabu R. Mahundi |
| 184 | Monica Akili |
| 185 | Alex John Mjuguna Mbugua |
| 186 | Pam Williams |
| 187 | Judy Aliviza Shitiavai |
| 188 | Edward Diaz |

4

| No. | Client Name |
| --- | --- |
| 189 | Patricia K. Fast |
| 190 | Denny West |
| 191 | Elly Mugove Musalia |
| 192 | Conceptor Orende |
| 193 | Milicent Malesi |
| 194 | Freda Sue Gayheart |
| 195 | Kennedy Okelo |
| 196 | Bahar Buyuk |
| 197 | Yasemin B. Pressley |
| 198 | Joab Andayi Misango |
| 199 | Gary Edwards |
| 200 | Vanessa Chism |
| 201 | Esther Buckmaster |
| 202 | Emmily Mmbone |
| 203 | David Jairus Aura |
| 204 | Sammy Ndungu Kiarie |
| 205 | Dorothy Willard |
| 206 | Judith Nandi Busera |
| 207 | Mitchell Anderson |
| 208 | Angelina Mathew Felix |
| 209 | Kenneth Spencer, Jr |
| 210 | Purity Muhonja |
| 211 | Donte Akili Mwaipape |
| 212 | James Ogweri Gwaro |
| 213 | Ramona Green |
| 214 | Fridah Makena Alijah |
| 215 | Pauline Akoth Adundo |
| 216 | Cheryl L. Blood |
| 217 | Ifuraim Onyango Okuku |
| 218 | Mary Esther Kiusa |
| 219 | Gad Gideon Achola |
| 220 | Daniel Fritz |
| 221 | Gideon Wabwoba Ofisi |
| 222 | Peter Lous Mdobilu |
| 223 | Fredrick Francis Kwinbere |
| 224 | Christine Nabwire Okuku |
| 225 | Petronila Katheo Munguti |
| 226 | Patsy McEntire |
| 227 | John Zephania Mboge |
| 228 | Nancy Chipura |
| 229 | Vickie Buckmaster |
| 230 | Happiness Mathew Rutaheshelwa |
| 231 | Naurin Khaliq |
| 232 | Emmanuel Musambayi Busera |
| 233 | Victor Sibille IV |
| 234 | Samuel O. Rice |
| 235 | Timothy Lucas |
| 236 | Martin Karigi |

5

| No. | Client Name |
| --- | --- |
| 237 | Joseph Mohaber |
| 238 | Rammy Kipyego Rotich |
| 239 | Betty Kagai |
| 240 | Bryan Worley |
| 241 | Jackson Madegwa |
| 242 | Agnes Akiwal Kubai |
| 243 | Mario H. Vasquez |
| 244 | Gary O. Spiers |
| 245 | Estate of Andres Alvarado Mirbal |
| 246 | Frank B. Pressley, Jr |
| 247 | Jaruha Yashieena Musalia |
| 248 | Jacob Gati |
| 249 | Alice-Mary Talbot |
| 250 | Jane Mutua |
| 251 | Estate of Russell J. Falter |
| 252 | Michael Tsuma |
| 253 | Adabeth Said Nang'Oko |
| 254 | Leonard Rajab Waithira |
| 255 | Emma R. Mahundi |
| 256 | Victor Adeka |
| 257 | Teresa Diaz |
| 258 | Michael Daniel Were |
| 259 | Yigal Amihai Bluth |
| 260 | Sheila Chebet Maritim |
| 261 | Ruth Kavereri |
| 262 | Oneal Ezekiel Mdobilu |
| 263 | Caroline Broadwine |
| 264 | Ruth Gatwiri Mwirigi |
| 265 | Rodgers Akidiva |
| 266 | Geoffrey Mbuuri Mbugua |
| 267 | Angelina Mathew-Ferix |
| 268 | James Owens |
| 269 | Daniel Amboko kuya |
| 270 | Greg Owino |
| 271 | Charles Kagai |
| 272 | Jacqueline Aliviza |
| 273 | Mwajuma R. Mahundi |
| 274 | John Sackett |
| 275 | David Rice |
| 276 | Estate of Kenneth Ellison |
| 277 | John Kiswilli |
| 278 | Victoria Q. Spiers |
| 279 | Meresiana (Mary) Paul |
| 280 | Peter Njenga Kungu |
| 281 | Allan Collins Olao |
| 282 | Hellen Jepkorir Maritim |
| 283 | Estate of Larry Edwards |
| 284 | Estate of Malka Roth |

6

| No. | Client Name |
| --- | --- |
| 285 | Valentine Mathew Katunda |
| 286 | Frances Spencer |
| 287 | Estate of Jesse James Ellison |
| 288 | Beatrice Hoka |
| 289 | Mercy Makungu |
| 290 | Nancy Njoki Macharia |
| 291 | Yusuph R. Mahundi |
| 292 | Christopher Hiza |
| 293 | Inez P. Hirn |
| 294 | Leslie Sambuli |
| 295 | Immanuel Setven Mdobilu |
| 296 | Fredrick Ratemo |
| 297 | Jonathan Karania Nduti |
| 298 | Nko Donti Mwaipape |
| 299 | William W. Maina |
| 300 | Kousay Al-Taie |
| 301 | Kris Boerger |
| 302 | Serpil Buyuk |
| 303 | Shalom Cohen |
| 304 | William Sword |
| 305 | Lynette Oyanda |
| 306 | Julie Chism |
| 307 | Said R. Mahundi |
| 308 | Imran khaliq |
| 309 | Jackson Kthuva Muskoya |
| 310 | Syuindo Musyoka |
| 311 | Stacey Nzalambi Murabu |
| 312 | Joyce Reed |
| 313 | Sally Rissy Auma Oport |
| 314 | Jenny Christiana Lovblom |
| 315 | Montine Bowen |
| 316 | Leilani Bower |
| 317 | Asha Shabani Kiluwa |
| 318 | Rispah Jessica Auma |
| 319 | Eric Wambua Mwaka |
| 320 | Elizabeth M. Akinyi Okelo |
| 321 | Lorie Gulick |
| 322 | Zvi Roth |
| 323 | Frida Mwanuru |
| 324 | Christine Kavai Busera |
| 325 | Lisa Schultz |
| 326 | Tsipora Batya Bluth Reicher |
| 327 | Peter Muyale Kuya |
| 328 | Hellen Okelo Nyaiego |
| 329 | Diana Frederick Kibodya |
| 330 | August Maffry |
| 331 | Elizabeth Clifford Tarimo |
| 332 | Geoffrey L. Tupper |

7

| No. | Client Name |
|-----|-------------|
| 333 | Workley Lee Reed |
| 334 | Abella Valentine Katunda |
| 335 | Agnes Tupper |
| 336 | Estate of David Brown |
| 337 | Patrick Nyette |
| 338 | Betty Sue Rowe |
| 339 | Stacy Waithera |
| 340 | Enna John Omolo |
| 341 | Arcy Musyoka Kithuva |
| 342 | Rispah Aysha Abdalla |
| 343 | David Lucas |
| 344 | Ellen Marie Bomer |
| 345 | Ora Cohen |
| 346 | Desidery Valentine Mathe Katunda |
| 347 | Kimberly Carlson |
| 348 | Magdalena Mary Diaz |
| 349 | Belonce Wairimu Murig |
| 350 | James Edwards |
| 351 | Alex Kitheu Munhuti |
| 352 | Robert Hamilton |
| 353 | Joseph Ndungu Waithira |
| 354 | Tanya Nair |
| 355 | Estate of Shawn Falter |
| 356 | Emmanuel Tibruss Minja |
| 357 | Leonard Shinengah |
| 358 | Donna Black |
| 359 | Mohaber Orly |
| 360 | John Ndibui Mwangi |
| 361 | Barbara Muthoni |
| 362 | Mathew-Ferix |
| 363 | Mary Njoki Muirui |
| 364 | Gregg Buckmaster |
| 365 | Noala Fritz |
| 366 | Rael Angara Opati |
| 367 | Ethan Fritz |
| 368 | Collins Kubai |
| 369 | Carmella Wood |
| 370 | Stephanie hardy |
| 371 | Winifred Maina |
| 372 | Lair Owino |
| 373 | Eileen Chipura |
| 374 | Elizabeth Chism |
| 375 | Salima Isumail |
| 376 | Edward Mathew Rutaheshelwa |
| 377 | Saline Kubai |
| 378 | Amiri R. Mahundi |
| 379 | Anthony Mungai |
| 380 | Valentina Hiza |

8

| No. | Client Name |
| --- | --- |
| 381 | Owino Kenneth |
| 382 | Ray Edwards |
| 383 | Faith Mutindi |
| 384 | Judith Abasi Mwila |
| 385 | Nethaniel Chaim Bluth |
| 386 | Benard Abundo |
| 387 | Peter Mulwa Mwaka |
| 388 | Lisa Maybin |
| 389 | Andrew John William Cormier |
| 390 | Marjorie Falter |
| 391 | Estate of Bryan Chism |
| 392 | Caroline Wangu Karigi |
| 393 | Charles GT. Kabui |
| 394 | Lesley Hellen Achieng |
| 395 | Estate of Therisa Edwards |
| 396 | Katimba Mohamed |
| 397 | Yvonne Natasha Akinyi Oport |
| 398 | Akili Musupape |
| 399 | Ronnie Gaudens |
| 400 | Howard Sparks, Jr |
| 401 | Maraget Clifford Tarimo |
| 402 | Winnie Ndioda Kimeu |
| 403 | Mary Nzisiva Samuel |
| 404 | Estate of David Worley |
| 405 | Chanina Samuel Bluth |
| 406 | Edwin Oyoo |
| 407 | Lydia Andemo |
| 408 | Collins Mudaida Aliviza |
| 409 | Jackline Wambui |
| 410 | Gladys Munanie Musyoka |
| 411 | Simon Mwanhi Nhure |
| 412 | Peter Ngigi Mugo |
| 413 | Joan Kendi Mwirigi |
| 414 | Valerie Unkel |
| 415 | Majdoline Sarah Abdallah |
| 416 | Yasir Aziz |
| 417 | Asha Omari Abdullah |
| 418 | Linda Falter |
| 419 | Jane Astrid Diaz |
| 420 | Beverlyne Kadi |
| 421 | Victoria J. Spiers |
| 422 | Mary Saliku Bulimu |
| 423 | Kulwa Ramadhani |
| 424 | Robert Sword |
| 425 | Eric Mathew Rutaheshelwa |
| 426 | Barbara Goff |
| 427 | Mary Jane Howell |
| 428 | Ronald Okelo |

9

| No. | Client Name |
|---|---|
| 429 | Jane Isiaho Shamwama |
| 430 | Ann Wairimu |
| 431 | Charles Oloka Opondo |
| 432 | Sammy Onzere |
| 433 | Raul Diaz |
| 434 | Berk F. Pressley |
| 435 | Selifah Ongecha Opati |
| 436 | Tulay Buyuk |
| 437 | Valentine Jemo |
| 438 | Ann Kanyaha Salamba |
| 439 | Thomas C. Pressley |
| 440 | Gitionga Mwaniki |
| 441 | Nickson Tibress Minja |
| 442 | Hathal K. Taie |
| 443 | Misheck Nduati Murigi |
| 444 | Laura Margaret Atieno |
| 445 | Jarrod Owino |
| 446 | Donald Bomer |
| 447 | Shaban R. Mahundi |
| 448 | Inosensia Mpoto |
| 449 | Louis Ratemo |
| 450 | Wallace Njorege Stanley Nyoike |
| 451 | Mercy Nyokabi Ndiritu |
| 452 | Steven James Diaz |
| 453 | Christemary Hiza |
| 454 | Flossie Varney |
| 455 | Stanley Chaka Murabu |
| 456 | Erastus Mijuka Ndeda |
| 457 | Cornel Kebungo |
| 458 | Irfan Khaliq |
| 459 | Cecilia Samuel Marcus |
| 460 | Estate of Lyle Fritz |
| 461 | Joan Abundo |
| 462 | Frida Yohan Mtitu |
| 463 | Karen Brown |
| 464 | Clyde M. Hirn |
| 465 | Rizwan Khaliq |
| 466 | Estate of Jacob Fritz |
| 467 | Gary Carlson |
| 468 | Godfrey Jadevera |
| 469 | Joseph Kambo |
| 470 | Jael Nyosieko Oyoo |
| 471 | Sundus Buyuk |
| 472 | The Estate of John Chipura |
| 473 | Anne Chepkemoi Maritim |
| 474 | Henry Aliviza Shitiavai |
| 475 | Ireen Semo |
| 476 | Zakayo Matiko |

10

| No. | Client Name |
|-----|-------------|
| 477 | Steven Sibille |
| 478 | Katherine Anne Mdobili |
| 479 | Jason Sackett |
| 480 | Hanuni Ramadhani Ndange |
| 481 | Amy Morrow |
| 482 | Hesbon Lihanda |
| 483 | Grace Wanjiru Waithira |
| 484 | David A. Pressley |
| 485 | Pesia Roth |
| 486 | Felix Matheka Mwaka |
| 487 | Andrew Lucas |
| 488 | Theresa Achieng Adundu |
| 489 | Flavia Hiyanga |
| 490 | Susan Cohen |
| 491 | Lydia Osebe Gwaro |
| 492 | Debora Donti Mwaipape |
| 493 | Zackaria Musalia Ating'a |
| 494 | Beryl Shiumbe |
| 495 | Catherine Njeri |
| 496 | Ruth Ann Whiteside |
| 497 | Estate of Margaret O'Brien |
| 498 | Rashid Selemani Katimba |
| 499 | Shaya Roth |
| 500 | Phoebe Kebungo |
| 501 | Steven Joseph Diaz |
| 502 | Venant Valentine Mathe Katunda |
| 503 | Francis Wabuti Ofisi |
| 504 | Nephat Kimathi |
| 505 | Daniel Rice |
| 506 | Beulah Sword |
| 507 | Catherine Waithera Gitau |
| 508 | Faith Wanza Kamau |
| 509 | Carolyne W. Kamau |
| 510 | Catherine Lucy Nyambura Mwangi |
| 511 | Caroline Nguhi Kamau |
| 512 | Grace Njeri Gicho |
| 513 | Beatrice Mugemi Bwaku |
| 514 | Hannah Ngenda Kamau |
| 515 | Merab Godia |
| 516 | Estate of LawrenceAmbrose Gitau |
| 517 | Winnie Bonyo |
| 518 | Estate of Vincent Kamau Kyoike |
| 519 | Margaret Wambui Gitau |
| 520 | Monicah Wairimo Kamau |
| 521 | Simon Ngugi |
| 522 | Alexander Verontamitis |
| 523 | Murabu Chaka |
| 524 | Jotham Odiango Godia |

11

| No. | Client Name |
|---|---|
| 525 | Earnest Gichiri Gitau |
| 526 | Diana Njoki Macharia |
| 527 | Jane Kamau |
| 528 | Estate of Phaedra Verontamitis |
| 529 | Hindu Omari Idi |
| 530 | Joan Wanjiko Kamau |
| 531 | Doreen Bonyo |
| 532 | Anastasia Gianopulos |
| 533 | Mercy Wanjiru |
| 534 | Angela Bonyo |
| 535 | Rashid Idi |
| 536 | Susan Njeri Gitau |
| 537 | Christine M. Kamau |
| 538 | Belinda Chaka |
| 539 | Estate of Peter Kabau Macharia |
| 540 | Paul Verontamitis |
| 541 | Duncan Nyoike |
| 542 | Japeth Munjal Godia |
| 543 | Lucy Wairimu |
| 544 | Estate of Joseph Nduta Kamau |
| 545 | Benson Bwaku |
| 546 | Josinda Katumba Kamau |
| 547 | Kimani Kamau |
| 548 | Leon Verontamitis |
| 549 | Mahamud Idi |
| 550 | Japeth Munjal Gitau |
| 551 | Grace Akanya |
| 552 | Elijah Bonyo |
| 553 | Merab A. Godia |
| 554 | Stanley Nyoike |
| 555 | Lucy Muthoni Gitau |
| 556 | Felister Wanjiru Gitau |
| 557 | Hamida Idi |
| 558 | Anthony Njoroge |
| 559 | Jennifer Njeri |
| 560 | Estate of Abdulrahman M. Abdalla |
| 561 | Pauline D. Abdallah |
| 562 | Aggrey N. Abuti |
| 563 | Renson M. Ashika |
| 564 | Abdulrahman R. Bashir |
| 565 | Estate of Klyeliff C. Bonyo |
| 566 | Annastaciah Lucy Boulden |
| 567 | Olambo Charles |
| 568 | Jennifer J. Chebol |
| 569 | Boniface Chege |
| 570 | Lucy Chege |
| 571 | Joseph T. Gathecha |
| 572 | Caroline W. Gichuru |

12

| No. | Client Name |
|-----|-------------|
| 573 | Wunnie W Gichuru |
| 574 | Mary Majugu Gitonga |
| 575 | Peris Gitumbu |
| 576 | Sajjad Gulamali |
| 577 | Christant Hiza |
| 578 | Estate of Hamida Iddi |
| 579 | Estate of Hindu Omar Iddi |
| 580 | Ramdan Kimam Jurau |
| 581 | Frederick Kabodya |
| 582 | Elsie W. Kagimbi |
| 583 | Iddi A. Kaka |
| 584 | Estate of Geoffrey Mulu Kalio |
| 585 | Estate of Joel Gitumbo Kamau |
| 586 | James Kanja |
| 587 | Eddieson Kapesa |
| 588 | Marini Karima |
| 589 | Limmles I. Kasui |
| 590 | Bernard M. Kaswii |
| 591 | Valentry Katunda |
| 592 | Henry Bathazar Kessy |
| 593 | David M. Kimani |
| 594 | Cynthia Kimble |
| 595 | Marina Kirima |
| 596 | Raphel N. Kivindyo |
| 597 | Samuel Kivindyo |
| 598 | Blasio Kubai |
| 599 | Moses M. Kuiyva |
| 600 | Peter N. Kung'u |
| 601 | Edward Kung'u |
| 602 | Lorna Kung'u |
| 603 | Wambui Kung'u |
| 604 | Thomas G Kuria |
| 605 | Evitta Francis Kwimbere |
| 606 | James M Macharia |
| 607 | Milka Wangari Macharia |
| 608 | Livingstone Busera Madahana |
| 609 | Sita Magua |
| 610 | Estate of Ramadhani Mahundi |
| 611 | Aaron Makau |
| 612 | Menelik Kwamia Makonnen |
| 613 | Nafisa Malik |
| 614 | Toitoro O. Masanga |
| 615 | Robert M. Matheka |
| 616 | Edson Maumu |
| 617 | Estate of Aisha Mawazo |
| 618 | Richard N Maweu |
| 619 | Gideon K. Mazitim |
| 620 | Matthew M Mbithi |

13

| No. | Client Name |
|-----|-------------|
| 621 | Francis N Mburu |
| 622 | Christopher McMullen |
| 623 | Laurel McMullen |
| 624 | Justina Mdobilu |
| 625 | Makonnen K. Meneric |
| 626 | Emily K. Minayo |
| 627 | Tibruss Minja |
| 628 | Hosianna Mmbaga |
| 629 | Estate of Abdallah M. Mnyolya |
| 630 | Charles Mwaka Mulwa |
| 631 | Paul K Musau |
| 632 | Estate of Dominic Musyoka |
| 633 | Edward M. Muthama |
| 634 | Thomas M. Mutua |
| 635 | James M. Mutuku |
| 636 | Laydiah Wanjiru Mwangi |
| 637 | Gitonga Mwanike |
| 638 | Estate of William Abbas Mwila |
| 639 | Paul G. Mwingi |
| 640 | Michael N. Mworia |
| 641 | Valerie Nair |
| 642 | Estate of Yusuf Ndange |
| 643 | James Babira Ndeda |
| 644 | Charles M. Ndibul |
| 645 | Francis Maine Ndibul |
| 646 | Lucas M Ndile |
| 647 | John Nduati |
| 648 | John Muiru Ndungu |
| 649 | Margaret W. Ndungu |
| 650 | Anthony Ngingya |
| 651 | Caroline Ngui Ngugi |
| 652 | Alexander C Njeru |
| 653 | Charles Mwirigi Nkanatha |
| 654 | Estate of Bakari Nyumbu |
| 655 | Enos Nzalwa |
| 656 | Julius M. Nzivo |
| 657 | Frederick O. Obanga |
| 658 | Caroline N. Ochieng |
| 659 | John Makau Ofisi |
| 660 | Julius Gwardo Ogoro |
| 661 | Julius Ogoro |
| 662 | Thomas Ohuoro |
| 663 | Patrick Ouma Okechi |
| 664 | Joash O. Okendo |
| 665 | Wellingtone Oluoma |
| 666 | Estate of Eric Onyango |
| 667 | Samuel O. Oriaro |
| 668 | Tobias O. Otieno |

14

| No. | Client Name |
| --- | --- |
| 669 | Estate of Elisha E. Paul |
| 670 | Estate of Mtendeje Rajabu |
| 671 | Estate of Dotto Ramadhani |
| 672 | Estate of Saidi Rogath |
| 673 | Blasio Shikami |
| 674 | Elizabeth Slater |
| 675 | Clifford Tarimo |
| 676 | Stacy Waithere |
| 677 | Justus M. Wambua |
| 678 | Rachel Wambui Watoro |
| 679 | Benjamin Winford |
| 680 | Estate of Osborn Olwch Awalla |
| 681 | Estate of Evans Onsongo |
| 682 | Eunice Onsongo |
| 683 | Edwin Nyangau Onsongo |
| 684 | Osborn Olwch Awalla |
| 685 | Venice Onsongo |
| 686 | Estate of Tilda Abur |
| 687 | Venis Onsongo |
| 688 | Mary Onsongo |
| 689 | Vincent Owuor |
| 690 | Peris Onsongo |
| 691 | Jomo Matiko Boke |
| 692 | Gaudens Thomas |
| 693 | James Andayi Mukabi |
| 694 | Martha Achieng Onyango |
| 695 | Irene Kung'u |
| 696 | Velma Akosa Bonyo |
| 697 | Ally Kindamba |
| 698 | Estate of Chrispine Bonyo |
| 699 | Selina Boke |
| 700 | Hamida Mwilu |
| 701 | Joyce Onyango |
| 702 | George Onsongo |
| 703 | Enoch Onsongo |
| 704 | Juliana Atieno Onyango |
| 705 | Edwina Owuor |
| 706 | Bernard Onsongo |
| 707 | Peninah Onsongo |
| 708 | Milly Mikali Amduso |
| 709 | Warren Awala |
| 710 | Marita Onyango |
| 711 | Edward Rutasheherwa |
| 712 | Estate of Abaliah Musydkya Mwilu |
| 713 | Yvonne Bochart |
| 714 | Salome Onsongo |
| 715 | Irena Kung'u |
| 716 | Hamsa Safula Asdi |

15

| No. | Client Name |
|-----|-------------|
| 717 | Monicah Kebayi Matiko |
| 718 | Zephania Mboge |
| 719 | Gladys Onsongo |
| 720 | Onsongo Mweberi |
| 721 | Estate of Josia Owuor |
| 722 | Abur Onyango |
| 723 | Vonzaidriss Mwilu |
| 724 | Gerald Bochart |
| 725 | Asha Mwilu |
| 726 | Victor Mpopo |
| 727 | Joyce Auma Ombese Abur |
| 728 | Lucy Mugure |
| 729 | Maureen Ndeda |
| 730 | Edith Njeri |
| 731 | Lydiah Mdila Makau |
| 732 | Omuchirwa Charles Ochola |
| 733 | Margret Mwangi Ndibui |
| 734 | Estate of Francis Ndungu Mbugua |
| 735 | Valentine Ndeda |
| 736 | Charles Mwangi Ndibui |
| 737 | James Ndeda |
| 738 | Jamleck Gitau |
| 739 | Nigeel Andika Namai |
| 740 | John Mwiry |
| 741 | Mary Muthoni |
| 742 | Roselyne Kasorani |
| 743 | Mary Makau Ofisi |
| 744 | Aaron Makau Ndivo |
| 745 | Samuel Mbugwa |
| 746 | Sara Tikolo Naniai |
| 747 | Winfred Maina |
| 748 | Lucy N. Ng'ang'a |
| 749 | Anges Wanjiku |
| 750 | Francis Maina Ndibui |
| 751 | Rael Ochola |
| 752 | Estate of Moses Namai |
| 753 | Benson Ndegwa Muruthi |
| 754 | Stephe Njuki |
| 755 | Stephen Muli |
| 756 | Emiy Kanaiza Minay |
| 757 | Phoeba Nyaguthi Ndegwa |
| 758 | Solomon Mbugua Mbuun |
| 759 | Barbara Muli |
| 760 | Ephanus Njagi |
| 761 | Stella Wambui Mbugua |
| 762 | Nancy Wanjeru |
| 763 | Raphael Peter Munguti |
| 764 | Reuben Nyaga |

16

| No. | Client Name |
|-----|-------------|
| 765 | Mary Mbeneka Munguti |
| 766 | Hudson Chore Makidiah |
| 767 | Anne Muchogo |
| 768 | Sammy Ng'ang'a Mwangi |
| 769 | Nancy Nagak |
| 770 | Meshark Ireri |
| 771 | George Magak Mimba |
| 772 | Estate of Francis Mbogo Njunge |
| 773 | Catherin Nduki Mwaka |
| 774 | Samuel Mbugua Ndungu |
| 775 | Angela Mwongeli |
| 776 | Isack Kariuki |
| 777 | Estate of Frederick Maloba Yafes |
| 778 | Raphael N. Kivindyo |
| 779 | Elizabeth Vutage Maloba |
| 780 | Kenneth Maloba |
| 781 | Mary Vutagwa Mwalie |
| 782 | Estate of Teresia Wairimu Kamau |
| 783 | Elizabeth Victoria Kitao |
| 784 | Sara Mwendia Mbogo |
| 785 | Luka Mwalie Litwaj |
| 786 | Sharon Adhiambo Maloba |
| 787 | Lucy Kamau Kiongo |
| 788 | Margaret Onyachi Maloba |
| 789 | Margaret Mwikali Nzomo |
| 790 | Derrick Maoakitwe |
| 791 | Nancy N. Machari |
| 792 | Marlon Okile Maloba |
| 793 | Estate of Steven Odhiambobelinda Adhiambo |
| 794 | Pauline Wankia Kamau |
| 795 | Moses Kinyua |
| 796 | Teresia Waitimer |
| 797 | Lewis Mafwavo Maloba |
| 798 | Dennis Kinyua |
| 799 | Faith Acheing |
| 800 | Teresia Wairimu Kamau |
| 801 | David Kariuki Ngugi |
| 802 | Negeel Andika |
| 803 | Shira Cohen |
| 804 | Angela Wamai |
| 805 | Estate of Adams Titus Wamai |
| 806 | Estate of Lucy Grace Onono |
| 807 | Grace Njeri Kimata |
| 808 | Orly Cohen |
| 809 | Alice Muhoni Kamau |
| 810 | Estate of Frederick Yafes Maloba |
| 811 | Titus Wamai |
| 812 | Paul Mwangi Ngugi |

17

| No. | Client Name |
|-----|-------------|
| 813 | Meirav Cohen |
| 814 | Mordechai Thomas Onono |
| 815 | Samuel Pussy |
| 816 | Elchanan Cohen |
| 817 | Dick Obworo |
| 818 | Gerald Owino |
| 819 | Adhiambo Sharon |
| 820 | Estate of Peter Kabau Marcharia |
| 821 | Estate of Kimeu Nzioka Ngana |
| 822 | Pauline Kamau |
| 823 | Sarah Anyiso Tikolo |
| 824 | Debra Mayaka |
| 825 | Leah Owino |
| 826 | Jacob Awala |
| 827 | Mary Mutheu Ndambuki |
| 828 | Estate of Francis Watoro Maina |
| 829 | Andrew Pussy |
| 830 | Stanley Njar Ngugi |
| 831 | Estate of Moses Geofrey Naniai |
| 832 | Diana Nyangara |
| 833 | Nagugi Macharia |
| 834 | Ann Wambui Kamau |
| 835 | Newton Kamau |
| 836 | Diana Williams |
| 837 | Daniel Cohen |
| 838 | Marlong Okile |
| 839 | Gitau Catherine Waithira |
| 840 | Winifred Wairiumu Wamai |
| 841 | Lloyd Wamai |
| 842 | Margaret Njoki Ngugi |
| 843 | Elsy Pussy |
| 844 | Joseph Kamau Kiongo |
| 845 | Wendy Achieng |
| 846 | Lewis Mafwavo |
| 847 | Okile Marlon |
| 848 | Ngugi Macharia |
| 849 | Grace Paul |
| 850 | Mercy Kamau Mairimu |
| 851 | Doreen Mayaka |
| 852 | Dennis Okatch |
| 853 | Neria Mohaber |
| 854 | Lucy Kamau |
| 855 | Peter Kamau |
| 856 | Deborah Kerubo |
| 857 | Ole Pussy Samuel Kashoo |
| 858 | Jenipher Okatch |
| 859 | Estate of Francis Olewe Ochilo |
| 860 | Doreen Nasieku |

18

| No. | Client Name |
|-----|-------------|
| 861 | John Mungai Ngugi |
| 862 | Ann Ruguru |
| 863 | Sammy Okere |
| 864 | John Muriuki Girandi |
| 865 | Estate of Maurice Okatch Ogola |
| 866 | Francis Watoro Maina |
| 867 | Rachel Wambui |
| 868 | Estate of Rachel Mungasia Pussy |
| 869 | Margaret Maloba |
| 870 | Samson Ogolla Okatch |
| 871 | Rosemary Anyango Olele |
| 872 | Daniel Kiomho Kamau |
| 873 | Priscilla Okatch |
| 874 | Peter Ngugi |
| 875 | Victor Maina |
| 876 | Estate of Mayaka Lydia Mukiri |
| 877 | Rosemary Anyango Okatch |
| 878 | Nyangoro Wilfred Mayaka |
| 879 | Estate of Vincent Kamau Nyoike |
| 880 | Vera Jean Oyanda |
| 881 | Caroline Wanjiru Kamau |
| 882 | Estate of Teresia Wairimu |
| 883 | Thomas Adundo |
| 884 | Happiness Mwila |
| 885 | Emmily Bulimu |
| 886 | Linda O'Donnell |
| 887 | Edilberto Quilacio |
| 888 | Estate of Rodney Moorefiled |
| 889 | Agnes Wanjiku Ndungu |
| 890 | Betty Oriaro |
| 891 | Mathew Rtaheshelwa |
| 892 | Frida Bulimu |
| 893 | Mercy Bulimu |
| 894 | Lora Murphy |
| 895 | Katherine Mwaka |
| 896 | Estate of Eulogio Quilacio |
| 897 | Jane Khabuchi |
| 898 | Margaret Baker |
| 899 | Mwajumba Mahundi |
| 900 | Anne Nganga Mwangi |
| 901 | Loretta Paxton |
| 902 | Jackson Bulimu |
| 903 | Eloise Hubbel |
| 904 | Anthony Kiarie |
| 905 | Beverlyne Ndeda |
| 906 | Lucy Kambo |
| 907 | Onael David Mdobilu |
| 908 | Laura Onono |

19

| No. | Client Name |
|-----|-------------|
| 909 | Ester Nganga Mwangi |
| 910 | Candelaria Fraceliso |
| 911 | Lydia Bulimu |
| 912 | Paul Hirn |
| 913 | Rodgers Bulimu |
| 914 | Eucabeth Gwaro |
| 915 | Peter Kunigo |
| 916 | William Mwila |
| 917 | Godfrey Bulimu |
| 918 | Loise Kuya |
| 919 | Titus Kyalo Musyoka |
| 920 | Leslie Onono |
| 921 | Richard Patrick |
| 922 | Ruth Lihanda |
| 923 | Estate of Leroy Moorefield |
| 924 | Judy Kiarie |
| 925 | Christine Mikali Kamau |
| 926 | Donald Howell |
| 927 | Estate of Roger Moorefield |
| 928 | Rolando Quilacio |
| 929 | Stacy Chaka |
| 930 | Cecilia Ndeda |
| 931 | Victor Watoro |
| 932 | Charity Kiato |
| 933 | Barbara Kiarie |
| 934 | Joseph Gathunga |
| 935 | George Karas |
| 936 | Stanley Kinyua Macharia |
| 937 | Andrew Onono |
| 938 | Hesbon Bulimu |
| 939 | Joan Kendi Nkanatha |
| 940 | Laura Harris |
| 941 | Ann Salambia |
| 942 | Stephen Onono |
| 943 | Millicent Bulimu |
| 944 | Ephraim Onyango Bwaku |
| 945 | James Chaka |
| 946 | Betty Owens |
| 947 | susan nicholas |
| 948 | Linda Shough |
| 949 | Donnie Gaudens |
| 950 | Tirisa Thomas |
| 951 | Civilier Wayua Mwaka |
| 952 | Justin Amduso |
| 953 | Victor Mpoto |
| 954 | Christine Nabwire Bwaku |
| 955 | Gideon Maritim |
| 956 | Kelliy Musyoka |

20

| No. | Client Name |
|------|-------------|
| 957 | Shadrack Tupper |
| 958 | Juruha Musalia |
| 959 | Beatrice Amduso |
| 960 | Irene Khabuchi |
| 961 | Sedrick Nair |
| 962 | Manzi Musyoka |
| 963 | Sharone Maritim |
| 964 | Nicholas Karas |
| 965 | Joshua Daniel Mdobilu |
| 966 | Edgar Maritim |
| 967 | Franciso Kyalo |
| 968 | Racheal Wambui |
| 969 | Humphrey Kibiru |
| 970 | Harrison Kariuki Kimani |
| 971 | Estate of Tony Kihato Irungu |
| 972 | Alice Muzhomi Kiongo |
| 973 | David Kiburu |
| 974 | Steve Irungu |
| 975 | Jane Mweru Kiarie |
| 976 | Michael Kibue Kamau |
| 977 | Ikonye Michael Kiarie |
| 978 | Estate of Francis Watoro Manai |
| 979 | Dawn Nthambi Mulu |
| 980 | Victor Manai |
| 981 | Jacqueline Irungu |
| 982 | Jennifer Wambui |
| 983 | Faith Wambui Kihato |
| 984 | Grace Wanjiku Kimani |
| 985 | Peter Ikonya |
| 986 | Jane Kavindu Kathuka |
| 987 | Judy Walthera |
| 988 | Ruth Nduta |
| 989 | Humphrey Kiburu |
| 990 | Estate of Joseph Kamau Kiongo |
| 991 | Phelister Okech |
| 992 | Richard Otolo |
| 993 | Estate of Roger Toka Otolo |
| 994 | Caroline Ochi Okech |
| 995 | Rosemary Anyango |
| 996 | Hilario Ambrose Fernandes |
| 997 | Mischeck Mbogo |
| 998 | Abraham Otolo |
| 999 | Trusha Patel |
| 1000 | Elizabeth Kerubo Gwaro |
| 1001 | Lydia Nyaboka Otao |
| 1002 | Dennis Okoth |
| 1003 | Estate of Edwin Opiyo Omori |
| 1004 | Pankay Patel |

21

| No. | Client Name |
|-----|-------------|
| 1005 | Alexander Vrontamitis |
| 1006 | Samuel Odhiambo Oriaro |
| 1007 | Wendy Olewe |
| 1008 | Magdaline Anyango Owiti |
| 1009 | Isaac Kariuki Mbogo |
| 1010 | Margaret Kanini Otolo |
| 1011 | Juliet Olewe |
| 1012 | Victor Otolo |
| 1013 | Betty Obunga |
| 1014 | Bryan Boaz Omori |
| 1015 | Daniel Owiti Oloo |
| 1016 | Samson Ogolla |
| 1017 | Nancy Mbogo |
| 1018 | Estate of Maurice OgollaOkatuh |
| 1019 | Jackline Achieng |
| 1020 | Johnathan Gilbert Okech |
| 1021 | Ann Mbogo |
| 1022 | Leonidas Vrontamitis |
| 1023 | Ephantus Mbogo |
| 1024 | Reuben Nyaga Mbogo |
| 1025 | Florence Pamela Omori |
| 1026 | Oport Oport |
| 1027 | Michael Ware |
| 1028 | Maurice Okatch Ogolla |
| 1029 | Stephen Mbogo |
| 1030 | Mary Akotsi Mudeche |
| 1031 | Rachel Oyanda |
| 1032 | Rosemary A. Olewe |
| 1033 | Patrick Okech |
| 1034 | Priscilla Ndula Okatch |
| 1035 | Annah Wangechi |
| 1036 | Phaedra Vrontamitis |
| 1037 | Joash Otao Okindo |
| 1038 | Jacinta W. Wahome |
| 1039 | Jerry Oreta Omori |
| 1040 | Roselyne Ndeda |
| 1041 | Philemon Oport |
| 1042 | Hannah Wambui |
| 1043 | Doreen Atieno Oport |
| 1044 | Charles Olewe |
| 1045 | Nephat Mbogo |
| 1046 | Majahwa Ramadhani |
| 1047 | Maua Mdange |
| 1048 | Mohamed Y. Mnyolya |
| 1049 | Saidi Mtuyla |
| 1050 | Mwhajabu Ndange |
| 1051 | Jecinta W. Wahome |
| 1052 | Aisha Kambenga |

22

| No. | Client Name |
|-----|-------------|
| 1053 | Hussein Ramadhani |
| 1054 | Juma Ndange |
| 1055 | Belinda Akinyi Adika |
| 1056 | Rukia Munjiru Ali |
| 1057 | Upendi Ramadhani |
| 1058 | Idifonce Saidi |
| 1059 | Kassim Ramadhani |
| 1060 | Joseph Wahome |
| 1061 | Nuru H. Sultani |
| 1062 | Halima Ndange |
| 1063 | Beunda Kebogo J. Chaka |
| 1064 | Magdalena Paul |
| 1065 | Mengo Ramadhani |
| 1066 | Monica Wangari Munyori |
| 1067 | George M. Mimba |
| 1068 | John Saidi |
| 1069 | Milke W. Macharia |
| 1070 | Elizabeth Muli Kibue |
| 1071 | Ramahdani Ndange |
| 1072 | Mary Ofisi |
| 1073 | Kiriumbu Wmburu Mukuria |
| 1074 | Veronica Alois Saidi |
| 1075 | Rehena Ramadhani |
| 1076 | Abdul Ndange |
| 1077 | Abdul Mtulya |
| 1078 | David K. Kiburu |
| 1079 | Daniel Saidi |
| 1080 | Nicholas M. Mutiso |
| 1081 | Titus Kyaw Musyoka |
| 1082 | Tabitha Nthambi Kalio |
| 1083 | Kamali Musyoka |
| 1084 | David Kamu |
| 1085 | Velma Bonyo |
| 1086 | Lilian Mbelu Kalio |
| 1087 | Steve Mbuku |
| 1088 | Philip Kariuki Gitumbo |
| 1089 | Daen Nthambi Mulu |
| 1090 | Catherine Mbatha |
| 1091 | Bernice Mutheu Ndeti |
| 1092 | Ali Hussein Ali |
| 1093 | Joyce Abur |
| 1094 | Wason Musyoka |
| 1095 | Caroline Kasungo Mgali |
| 1096 | Rashihid Iddi |
| 1097 | Annah Wangeci Irungu |
| 1098 | Peter Kibue Kamu |
| 1099 | Aquilas Mutuku Kalio |
| 1100 | Kelesendhia Apondi |

23

| No. | Client Name |
|-----|-------------|
| 1101 | Elizabeth Wanjiku |
| 1102 | Beatrice Martha Kithuva |
| 1103 | Faith Kihafio |
| 1104 | Anjela Bonyo |
| 1105 | Barnabas Onyango |
| 1106 | Jane Kathuka |
| 1107 | Tilda A. Abur |
| 1108 | Omar Iddi |
| 1109 | EUNICE MUTHOUI |
| 1110 | Paul Jaboda Onyango |
| 1111 | Fathma Iddi |
| 1112 | Juliet Awuor |
| 1113 | Benson Malusi Musyoka |
| 1114 | Catherine Gitumbo |
| 1115 | Dorine Bonyo |
| 1116 | Jacquiline Wangeci |
| 1117 | Mahmoud Iddi |
| 1118 | Selina Saidi |
| 1119 | Susan Hirsh |
| 1120 | Geoffrey Mulu Kalio |
| 1121 | Kihato Irungu |

24