# Exhibit 1
# [REDACTED]

June 25, 2026

The Honorable Richard M. Berman
United States District Judge

Dear Judge Berman:

Writing this letter is one of the most difficult things I have ever done. At the same time, it is one of the few opportunities I have had to fully express my remorse for my actions, the pain I have endured, the challenges I have faced, and the consequences that have followed me every day for nearly a decade. Many people know parts of my story, but very few know its full extent. Your Honor is among the very few who do.

First and foremost, I am deeply sorry for the crimes I committed against the United States. I accept full responsibility for my actions and for the consequences they have caused. I regret the harm I brought upon this country, my family, and everyone who has been affected by my conduct. I do not seek to excuse what I did. I simply wish to acknowledge my wrongdoing and express my sincere remorse.

Today, I am writing under the name I was given at birth—a name I have not been able to use for many years. Throughout my life, I have seen people lose money, property, businesses, and even loved ones. I never imagined that one day I would lose my own identity. The name my mother and father gave me, with all their hopes and dreams for their child, became something I could no longer safely use.



██████ is not all that I have lost. I lost my homeland. I lost ██████████. Most painfully, I lost my daughter. Today, it has been more than five years since I last saw her. A part of my heart lives somewhere else in the world, beyond my reach. I cannot go to her. I cannot bring her to me. I cannot be the father I always wanted to be. I have spent years trying to rebuild that relationship, but it has proven impossible.

The circumstances surrounding the loss of my family are difficult to describe. I never imagined that political forces beyond my control would play such a significant role in my personal life.

Despite everything, I have been fortunate enough to find love again. I have a wonderful wife and life partner who believed in me when many others would not. She trusted me and believed we could build a future together despite the challenges surrounding us. We both knew it would not be easy, but we have continued moving forward one day at a time.



After everything I have done to rebuild my life, my greatest fear is that I will be unable to provide for my wife ███████████████████████. Nothing matters more to me than the opportunity to be a present husband ██████████. I want the chance to support my family ████████, and provide the stability every family deserves. This fear has lived inside me for nearly nine years and remains one of the greatest burdens I carry.

As a result of my cooperation in this case, I have paid a tremendous personal price. The retaliation against me and those close to me has taken away my reputation, my freedom to live openly, my financial security, and virtually everything I worked for throughout my life. I lost not only what I had earned, but even more than that, leaving me with significant debts and financial obligations that remain unresolved.

I was raised to value trust, honor, and responsibility. The fact that I have not been able to repay everyone who stood by me during these difficult years weighs heavily on me every day. My goal is simple: to work, rebuild my life, repay my obligations, and leave no debt behind.

My family has also suffered extraordinary financial losses because of these events. Knowing that those I love to have carried such burdens because of circumstances connected to me is a source of deep shame that I will carry for the rest of my life.

I respectfully ask the Court to allow me to live without further chains. I ask that I not be required to serve additional time in custody and that my supervision be brought to an end so that I may finally move forward with my life. For more than eight years, I have assisted the government whenever requested and have complied fully with every condition placed upon me.

I also respectfully ask the Court not to impose financial penalties that would leave me burdened by debt for the remainder of my life. Having already lost everything I possessed, any additional financial obligation would make it impossible for me to support ████████████████████ ████████, and repay those who have stood by me through these difficult years.

For the past ten years, my family has remained by my side when I had little to offer in return. All I ask for is the opportunity to rebuild my life, honor their faith in me, provide for my wife, Dilara, ████████████, and finally move forward as a productive member of society.

Thank you for your time, your consideration, and for giving me the opportunity to be heard. I also want to thank Your Honor for the trust you placed in me over the past eight and a half years

while I was on bail. I did my very best every day to live up to that trust. I sincerely hope that I have.

Respectfully,

Reza Zarrab