## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

_____

WRITER'S CONTACT INFORMATION

ranello@maglaw.com
212-880-9520

July 8, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

_____

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

_____

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY EMAIL AND ECF**

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

      Re:    *United States v. Reza Zarrab*, 1:15-cr-00867 (S.D.N.Y) (RMB)

Dear Judge Berman,

      As your Honor knows, I represent Reza Zarrab.  As directed by your Honor I am writing to submit a sentencing submission on behalf of Mr. Zarrab.

      Enclosed for the Court are (1) Mr. Zarrab's unredacted sentencing memorandum and exhibits, which are to be filed under seal and not publicly filed on ECF; and (2) Mr. Zarrab's redacted sentencing memorandum and exhibits, which are being filed publicly on ECF contemporaneously with this correspondence.

      The government has agreed that the redactions reflected in Mr. Zarrab's publicly filed sentencing submission are appropriate to protect the safety, family, privacy, and medical information of Mr. Zarrab and others.

      The Second Circuit authorizes narrowly tailored redactions to be made to a sentencing submission when such redactions are necessary to protect the safety, privacy, family, or medical information of the defendant or others.  *See United States v. Greenwood*, 145 F.4th 248, 256 (2d Cir. 2025) (finding narrowly tailored redactions to a defendant's sentencing memorandum to "protect [the defendant's] privacy interests, the privacy interests of his family and friends, and their safety" appropriate).  In addition, the Second Circuit authorizes narrowly tailored redactions "to prevent disclosure of law enforcement techniques and procedures," "to safeguard the privacy

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

of individuals involved in an investigation," and to "prevent interference with an investigation." *United States v. Amodeo*, 44 F.3d 141, 147 (2d Cir. 1995) (citation omitted).

The information that has been redacted from Mr. Zarrab's publicly filed sentencing memorandum would, if disclosed, create substantial safety risks to Mr. Zarrab and others; unduly reveal sensitive medical information; unduly reveal private information regarding Mr. Zarrab and others, which would jeopardize their safety; and/or impair law enforcement investigations. The Court previously has acknowledged throughout the proceedings in this case that these considerations justify such limited redactions and sealing.

Exhibits 1 and 2 to Mr. Zarrab's sentencing memorandum contain letters regarding Mr. Zarrab's sentencing.  These letters are fully or partially redacted in Mr. Zarrab's publicly filed exhibits to protect identifying or sensitive information regarding the letter writers, which if revealed, would create substantial risks to the letter writer's safety or unduly violate the letter writer's privacy.  Exhibit 3 to Mr. Zarrab's sentencing memorandum contains a previously sealed Court order, for which no basis for unsealing exists.

I thank the Court for its attention to this matter.

Respectfully submitted,
/s/  Robert J. Anello
     Robert J. Anello

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
*Counsel to Defendant Reza Zarrab*

cc: AUSA Michael Lockard (by email)

Enclosures
Mr. Zarrab's unredacted sentencing memorandum and exhibits (by email only)
Mr. Zarrab's redacted sentencing memorandum and exhibits (by email and ECF)